---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sisson Engineering Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 04-3142179 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **450 West River Street** **Orange, MA 01364** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Franklin** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **sissoncorp.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Sisson Engineering Corp.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **450 West River Street**<br>**Orange, MA 01364**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Franklin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **sissoncorp.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Sisson Engineering Corp.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3327__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Sisson Engineering Corp.**
     Name

Case number (*if known*)

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency

       Contact name

       Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Sisson Engineering Corp.**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor    Sisson Engineering Corp.                          Case number (if known) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/14/2023
              MM / DD / YYYY

X _____          Cody F. Sisson
  Signature of authorized representative of debtor    Printed name

Title   PRESIDENT

**18. Signature of attorney**

X _____          Date   9/14/23
  Signature of attorney for debtor                  MM / DD / YYYY

David B. Madoff 552968
Printed name

Madoff & Khoury LLP
Firm name

124 Washington Street, Suite 202
Foxborough, MA 02035
Number, Street, City, State & ZIP Code

Contact phone   508-543-0040        Email address   alston@mandkllp.com

552968 MA
Bar number and State

## CONSENT OF SOLE SHAREHOLDER

By consent of its sole shareholder, Sisson Engineering Corp. (the "Company"), does

hereby approve, consent to and take the following actions:

VOTED:    That the Company seek relief under Chapter 11 of the Bankruptcy Code, and that Cody F. Sisson, the President of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote;

FURTHER
VOTED:    That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes;

FURTHER
VOTED:    That this written consent be filed in the minute book of the Company.

Dated: November 14, 2023

Cody F. Sisson, Sole Shareholder

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

In re:

SISSON ENGINEERING CORP.

Debtor.

Chapter 11
Case No. _____

## DECLARATION RE: ELECTRONIC FILING

### PART I – DECLARATION OF PETITIONER

We, David B. Madoff and Cody F. Sisson, hereby declare under penalty of perjury that all of the information contained in the:

- ☒ Petition, Lists, Statements & Schedules
- ☐ Chapter 11 Plan
- ☐ Amended Plan
- ☐ Amended Schedules
- ☒ Application to Employ
- ☒ Affidavit/Signed Statement of Professional Person
- ☒ Corporate Vote
- ☐ Verified Complaint (Adversary)

filed electronically, is true and correct. We understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. We understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

We further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)8(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: November 14 , 2023

Signed: _____
David B. Madoff

Signed: _____
Cody F. Sisson, President

PART II – DECLARATION OF ATTORNEY

     I certify that the affiant signed this form before I submitted the Documents, I gave the affiant a copy of the Documents and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated: November _14_, 2023

Signed: _____

David B. Madoff

**Fill in this information to identify the case:**

Debtor name    **Sisson Engineering Corp.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/14/2023          X _____
                                    Signature of individual signing on behalf of debtor

                                    Cody F. Sisson
                                    Printed name

                                    _____
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sisson Engineering Corp.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Absolute Metal Finishing 90 Morse Street Norwood, MA 02062** | | **Business Debt** | | | | **$40,790.00** |
| **Banterra Bank PO Box 310 Marion, IL 62959** | | **Various Equipment** | | **$163,746.70** | **$100,000.00** | **$63,746.70** |
| **BlueCross BlueShield of Massachusetts PO Box 371318 Pittsburgh, PA 15250** | | **Business Debt** | | | | **$26,899.31** |
| **Butler Bros. PO Box 1375 Lewiston, ME 04240** | | **Business Debt** | | | | **$52,944.85** |
| **Cambridge Trust Company 1336 Massachusetts Ave Cambridge, MA 02138** | | **Guaranty of business debt** | **Contingent** | | | **$1,106,183.84** |
| **Capital One PO Box 71083 Charlotte, NC 28272** | | **Business Debt** | | | | **$14,592.06** |
| **Complete Payroll Solutions 1 Carando Drive Springfield, MA 01104** | | **401k (employer contribution only)** | | | | **$100,000.00** |
| **DB Roberts Inc. PO Box 370018 Boston, MA 02241** | | **Business Debt** | | | | **$15,726.36** |
| **Hadco Metal Trading Co., LLC PO Box 788587 Philadelphia, PA 19178** | | **Business Debt** | | | | **$77,322.81** |

Debtor   **Sisson Engineering Corp.**                                          Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JEL Finishing 25 Katrina Road Chelmsford, MA 01824** | | **Business Debt** | | | | **$51,908.75** |
| **National Grid PO Box 11737 Newark, NJ 07101** | | **Business Debt** | | | | **$15,168.69** |
| **New England Castings, LLC 234 Northeast Road, Suite 2 Standish, ME 04084** | | **Business Debt** | | | | **$26,606.86** |
| **One America 5761 Reliable Parkway Chicago, IL 60686** | | **Business Debt** | | | | **$72,000.00** |
| **Plimpton Tool Co., Inc. of NH 44 Dover Point Road Dover, NH 03820** | | **Business Debt** | | | | **$55,632.46** |
| **Purecoat North LLC PO Box 4406 West Palm Beach, FL 33402** | | **Business Debt** | | | | **$15,842.07** |
| **RA Hall & Co, LLC 183 State Street Boston, MA 02109** | | **Business Debt** | | | | **$33,050.00** |
| **Thyssenkrupp Materials NA PO Box 7247 Philadelphia, PA 19170** | | **Business Debt** | | | | **$17,243.51** |
| **US Small Business Administration c/o New England Certified Development 500 Edgewater Drive, Suite 555 Wakefield, MA 01880** | | **Guaranty of business debt** | **Contingent** | | | **$1,019,550.54** |
| **Valiant Capital 1819 Saint James Place, 2nd Floor Houston, TX 77056** | | **Business Debt** | | | | **$25,000.00** |
| **Yarde Metals, Inc. PO Box 781227 Philadelphia, PA 19178** | | **Business Debt** | | | | **$288,071.54** |

**Fill in this information to identify the case:**

Debtor name   **Sisson Engineering Corp.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $   **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $   **2,830,063.55**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $   **2,830,063.55**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **2,771,326.93**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **110,764.50**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$   **8,329,157.67**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                                                   $   **11,211,249.10**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Sisson Engineering Corp.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$26.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cambridge Trust Company** | **Commercial Checking** | **5852** | **$17,000.00** |
| 3.2. | **Greenfield Savings Bank** | **Business Checking** | **7296** | **$45,000.00** |
| 3.3. | **Greenfield Savings Bank** | **Business Checking** | **7379** | **$6,064.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$68,090.00**

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor   **Sisson Engineering Corp.**                                     Case number *(If known)* _____
         Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:              **534,129.43**    -         **0.00**    = ....        **$534,129.43**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:              **8,365.12**    -         **0.00**    =....        **$8,365.12**
                              face amount              doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                          **$542,494.55**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** <br> **Raw materials** | | **$0.00** | | **$93,479.00** |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                          **$93,479.00**
         Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

Debtor    **Sisson Engineering Corp.**                                    Case number *(If known)* _____
Name

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Approximately 20 work stations consisting of desks, chairs, computers and phones** | **$0.00** | | **$25,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | **$25,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2018 Toyota Tundra Crewmax** | **$0.00** | **KBB** | **$26,000.00** |
| 47.2. | **2017 Chevrolet City Express** | **$0.00** | **KBB** | **$5,000.00** |
| 47.3. | **2020 Ford Transit Connect Cargo** | **$0.00** | **KBB** | **$11,000.00** |

---

Debtor    **Sisson Engineering Corp.**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 47.4. | **2022 Dodge Ram** | $0.00 | $56,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | See attached list of machinery | $0.00 | $1,918,000.00 |
| | Doosan forklift | $0.00   N/A | $10,000.00 |

51.    **Total of Part 8.**

|  |
|---|
| $2,026,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| sissoncorp.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| Customer list (not saleable) | $0.00 | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |

| Debtor | **Sisson Engineering Corp.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

65.    **Goodwill**

66.    **Total of Part 10.**                                        | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**ERTC**                          Tax year  _____        **$75,000.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                        | **$75,000.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Sisson Engineering Corp.**

Name

Case number *(if known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $68,090.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $542,494.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $93,479.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,026,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $75,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,830,063.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,830,063.55 |

Equipment List

**5 Axis CNC Milling**

| | |
|---|---:|
| (3) MX330 Matsuura 5 Axis VMC's | $ 450,000.00 |
| (1) Matsuura H. Plus 504 – 6 Pallet 5 Axis VMC | $ 400,000.00 |

**4 Axis CNC Pallet VMC's**

| | |
|---|---:|
| (4) Brother Speedio R650X2 Pallet 4 Axis VMC's | $ 350,000.00 |

**3 Axis CNC Milling**

| | |
|---|---:|
| (2) Haas VF-2 SS 4 Axis VMC's | $ 60,000.00 |
| (1) Brother Speedio S700X1 3 Axis | $ 60,000.00 |

**CNC Mill / Turn**

| | |
|---|---:|
| (1) Takisawa TS4000 Twin Spindle Mill / Turn | $ 125,000.00 |
| (1) Takisawa TS4000 Twin Spindle Mill / Turn – with LNS Quick Load Servo 80 S2 Bar Feeder | $ 135,000.00 |
| (1) Haas ST-20SSY Mill / Turn | $ 40,000.00 |

**CNC Turning**

| | |
|---|---:|
| (1) Takisawa TCN2100U Lathe Turning Center | $ 40,000.00 |
| (1) Nakamura TMC-15 Turning Center | $ 15,000.00 |

**Prototype Department**

| | |
|---|---:|
| (1) Hurco VM10i VMC | $ 60,000.00 |
| (1) Hurco VM30i VMC | $ 75,000.00 |
| (1) Acer E-Mill Vertical Milling Machine | $ 5,000.00 |
| (1) Acer E-Lathe | $ 2,000.00 |
| (1) Economaster 14" Engine Lathe | $ 1,000.00 |
| (1) Fowler CMM | $ 25,000.00 |
| (1) Hexagon CMM | $ 25,000.00 |
| (1) Haas VF-22SSYT Full 5 Axis VMC | $ 50,000.00 |

| | |
|---|---:|
| Total | $ 1,918,000.00 |

**Fill in this information to identify the case:**

Debtor name   **Sisson Engineering Corp.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Banterra Bank** | Describe debtor's property that is subject to a lien<br>**Various Equipment** | $163,746.70 | $100,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 310
Marion, IL 62959**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/2022**

Last 4 digits of account number
**8121**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Cambridge Trust Company** | Describe debtor's property that is subject to a lien<br>**All assets** | $1,327,301.37 | $2,738,000.00 |
|---|---|---|---|---|

Creditor's Name

**1336 Massachusetts Ave
Cambridge, MA 02138**

Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/2022**

Last 4 digits of account number
**0003**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Sisson Engineering Corp.**
_____
Name                                                          Case number *(if known)* _____

■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.
_____

---

| 2.3 | **Greenfield Savings Bank** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $212,661.11    $1,000,000.00
**Various Equipment**

**400 Main Street
Greenfield, MA 01302**
_____
Creditor's mailing address

Describe the lien
**UCC-1**
_____
**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
**6/2021**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**0022**
**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.4 | **TD Auto Finance** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $70,577.88    $56,000.00
**2022 Dodge Ram**

**PO Box 10635
Lewiston, ME 04243**
_____
Creditor's mailing address

Describe the lien
**Auto loan**
_____
**Is the creditor an insider or related party?**
■ No
_____
Creditor's email address, if known    ☐ Yes
**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.5 | **Toyota Industries Commercial Finance** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $12,115.18    $10,000.00
**Doosan forklift**

**PO Box 9050
Coppell, TX 75019**
_____
Creditor's mailing address

Describe the lien
**Lien**
_____
**Is the creditor an insider or related party?**
■ No

---

Debtor  **Sisson Engineering Corp.**                                    Case number (if known) _____

Name _____

Creditor's email address, if known              ☐ Yes
_____                        **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
**8/2021**                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8369**
**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.6 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $200,892.72 | $1,000,000.00 |

Creditor's Name

**c/o Granite State Economic Development C**    **Various Equipment**
**PO Box 1491**
**Portsmouth, NH 03801**

Creditor's mailing address                     **Describe the lien**
_____

                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
_____                        **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.7 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $784,031.97 | $2,738,000.00 |

Creditor's Name

**c/o New England Certified Development**       **All assets**
**500 Edgewater Drive, Suite 555**
**Wakefield, MA 01880**

Creditor's mailing address                     **Describe the lien**
_____

                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
_____                        **Is anyone else liable on this claim?**

**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply

---

Debtor   **Sisson Engineering Corp.** _____   Case number (if known) _____
                Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$2,771,326.93** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cambridge Trust Company**<br>**c/o Rhonda Duddy**<br>**Perkins & Anctil, PC**<br>**6 Lyberty Way, Suite 201**<br>**Westford, MA 01886** | Line __2.2__ | |
| **Greenfield Savings Bank**<br>**c/o Gary C. Breton, ESq.**<br>**Bacon Wilson, PC**<br>**33 State Street**<br>**Springfield, MA 01103** | Line __2.3__ | |
| **Rion Vaughan**<br>**Ruberto, Israel & Weiner**<br>**255 State Street**<br>**Boston, MA 02109** | Line __2.2__ | |
| **Small Business Administration**<br>**409 3rd Street S.W.**<br>**Washington, DC 20416** | Line __2.3__ | |
| **US Small Business Administration**<br>**c/o Granite State Economic Development C**<br>**PO Box 1491**<br>**Portsmouth, NH 03801** | Line __2.3__ | |
| **US Small Business Administration**<br>**Massachusetts District Office**<br>**O'Neill Federal Building**<br>**10 Causeway Street, Room 265**<br>**Boston, MA 02222** | Line __2.3__ | |
| **US Small Business Administration**<br>**c/o New England Certified Development**<br>**500 Edgewater Drive, Suite 555**<br>**Wakefield, MA 01880** | Line __2.2__ | |

**Fill in this information to identify the case:**

Debtor name **Sisson Engineering Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Complete Payroll Solutions**<br>**1 Carando Drive**<br>**Springfield, MA 01104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** | **$30,000.00** |
| Date or dates debt was incurred<br>**2022 and 2023** | Basis for the claim:<br>**401k (employer contribution only)** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Town of Orange**<br>**6 Prospoect Street**<br>**Orange, MA 01364** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,564.50** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Business Debt** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Sisson Engineering Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,200.00 | $0.00 |
|---|---|---|---|---|

**Town of Orange**
**6 Prospoect Street**
**Orange, MA 01364**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Business Debt**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,851.00 |
|---|---|---|---|

**A&A Coatings**
**2700 South Clinton Avenue**
**South Plainfield, NJ 07080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,090.00 |
|---|---|---|---|

**Aalberts Surface Technologies**
**36 Cote Avenue**
**Goffstown, NH 03045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,790.00 |
|---|---|---|---|

**Absolute Metal Finishing**
**90 Morse Street**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,642.45 |
|---|---|---|---|

**Admiral Metals Service Center Inc.**
**PO Box 11545**
**Boston, MA 02211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**AFLAC**
**PO Box 74677**
**1932 Wynnton Road**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Sisson Engineering Corp.**                                         Case number (if known) _____
            Name

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,241.00** |
|---|---|---|---|

**AIM Mutual**
**54 Third Avenue**
**PO Box 4070**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$318.75** |
|---|---|---|---|

**Airgas East, Inc.**
**PO Box 734445**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,357.26** |
|---|---|---|---|

**AllyHealth**
**24 N Bryn Mawr Avenue #301**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.60** |
|---|---|---|---|

**Aotco Metal Finishing Co.**
**11 Suburban Park Drive**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.68** |
|---|---|---|---|

**B&B Manufacturing**
**712 N Fall Road**
**La Porte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.00** |
|---|---|---|---|

**B.C.S. Co.**
**PO Box 247**
**Thompson, CT 06277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,817.46** |
|---|---|---|---|

**Bisoo Industries**
**PO Box 062**
**Anaheim, CA 92817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,899.31 |
|---|---|---|---|

**BlueCross BlueShield of Massachusetts**
**PO Box 371318**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.58 |
|---|---|---|---|

**Bodycote Thermal Processing, Inc.**
**187 Water Street**
**Laconia, NH 03246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,221.00 |
|---|---|---|---|

**Bulkley, Richardson and Gelinas, LLP**
**Attn:　Jeffrey E. Poindexter, Esq.**
**1500 Main Street, Ste. 2700**
**P.O. Box 15507**
**Springfield, MA 01115-5507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,944.85 |
|---|---|---|---|

**Butler Bros.**
**PO Box 1375**
**Lewiston, ME 04240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,106,183.84 |
|---|---|---|---|

**Cambridge Trust Company**
**1336 Massachusetts Ave**
**Cambridge, MA 02138**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Guaranty of business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,592.06 |
|---|---|---|---|

**Capital One**
**PO Box 71083**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Business Debt**

Last 4 digits of account number　**2525**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100,000.00 |
|---|---|---|---|

**Cody Construction**
**330 Old Wendell Road**
**Northfield, MA 01360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Insider Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440,000.00**

Cody Sisson
330 Old Wendell Road
Northfield, MA 01360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insider Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$606.32**

Commerce Insurance
11 Gore Road
Webster, MA 01570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$897.00**

Complete Benefit Solutions
One Carando Drive, Suite 1
Springfield, MA 01104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.08**

Cutting Edge Carbide
438 Wallingford Avenue
Athol, MA 01331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,726.36**

DB Roberts Inc.
PO Box 370018
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.00**

Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$299.00**

Dell Financial Services
Payment Processing Service
P.O. Box 5275
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,346.54 |
|---|---|---|---|

**Delta Dental of Massachusetts**
**PO Box 415566**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Businses Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,528.32 |
|---|---|---|---|

**Epicor Software Corporation**
**P.O. Box 204768**
**Dallas, TX 75320-4768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.65 |
|---|---|---|---|

**EZDriveMA**
**Payment Processing Center**
**PO Box 847840**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,321.21 |
|---|---|---|---|

**F.M. Callahan and Son Inc.**
**22 Sharon Street**
**Malden, MA 02148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $495,326.92 |
|---|---|---|---|

**Freeborn LLC**
**330 Old Wendell Road**
**Northfield, MA 01360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Landlord/Insider__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $396.00 |
|---|---|---|---|

**Get Set Marketing**
**PO Box 51063**
**Palmer, MA 01069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,985.75 |
|---|---|---|---|

**Greene Rubber Co.**
**20 Cross Street**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,322.81 |
|---|---|---|---|

**Hadco Metal Trading Co., LLC**
**PO Box 788587**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,687.50 |
|---|---|---|---|

**Har-Conn Chrome Company**
**603 New Park Avenue**
**West Hartford, CT 06110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,864.31 |
|---|---|---|---|

**Hawk Ridge Systems, LLC**
**575 Clyde Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.32 |
|---|---|---|---|

**Holts Precision**
**400 Chapel Road, Unit 3A**
**South Windsor, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,841.99 |
|---|---|---|---|

**Industrial Tool Supply**
**48 Newhall Street**
**Lowell, MA 01852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,288.80 |
|---|---|---|---|

**Ingus Inc**
**PO Box 14349**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $985.00 |
|---|---|---|---|

**International Laser Solutions Inc.**
**362 Race Street**
**Holyoke, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Sisson Engineering Corp.**
_____
Name

Case number (if known) _____

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,172,000.00** |

**Jeanne Sisson 2016 Trust**
**330 Old Wendell Road**
**Northfield, MA 01360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Insider Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,908.75** |

**JEL Finishing**
**25 Katrina Road**
**Chelmsford, MA 1824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,115.28** |

**Joining Technologies**
**17 Connecticut South Drive**
**East Granby, CT 06026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**L.F. Oleary Co., Inc.**
**775 Pleasant Street, Suite 13**
**East Weymouth, MA 02189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$507.50** |

**Lawrence Septic**
**91 Linwood Street**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,389.33** |

**McMaster-Carr Supply Co., Inc.**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$847.88** |

**Mohawk Office Equipment Co., Inc.**
**35 Bank Row**
**Greenfield, MA 01301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.48** | Nonpriority creditor's name and mailing address

**MSC Inudstrial Supply Co., Inc.**
PO Box 953635
Saint Louis, MO 63195

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$931.29

---

**3.49** | Nonpriority creditor's name and mailing address

**National Grid**
PO Box 11737
Newark, NJ 07101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$15,168.69

---

**3.50** | Nonpriority creditor's name and mailing address

**New England Castings, LLC**
234 Northeast Road, Suite 2
Standish, ME 04084

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$26,606.86

---

**3.51** | Nonpriority creditor's name and mailing address

**New Jersey Precision Technologies, Inc.**
1081 Bristol Road
Mountainside, NJ 07092

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,884.80

---

**3.52** | Nonpriority creditor's name and mailing address

**One America**
5761 Reliable Parkway
Chicago, IL 60686

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$72,000.00

---

**3.53** | Nonpriority creditor's name and mailing address

**Osterman Propone**
1870 S Winton Road, Suite 200
Rochester, NY

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,610.54

---

**3.54** | Nonpriority creditor's name and mailing address

**Penn Stainless Products, Inc.**
190 Kelly Road
Quakertown, PA 18951

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,740.21

---

Debtor   **Sisson Engineering Corp.**
_____
Name

Case number (if known) _____

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.83 |
|------|---|---|---|

**Pennsylvania Steel Company, Inc.**
**332 Great Hill Road**
**Naugatuck, CT 06770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|------|---|---|---|

**Peterson Steel Co.**
**61 West Mountani Street**
**Worcester, MA 01606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,130.80 |
|------|---|---|---|

**PIAD Precision Casting Corp.**
**112 Industrial Park Road**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,216.89 |
|------|---|---|---|

**PIC Design**
**PO Box 1004**
**Middlebury, CT 06762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,632.46 |
|------|---|---|---|

**Plimpton Tool Co., Inc. of NH**
**44 Dover Point Road**
**Dover, NH 03820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,005.00 |
|------|---|---|---|

**Precision Coating Company, Inc.**
**1 Schorr Court**
**Woonsocket, RI 02895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $745.50 |
|------|---|---|---|

**PTI Industries, Inc.**
**PO Box 392202**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,842.07**

**Purecoat North LLC**
**PO Box 4406**
**West Palm Beach, FL 33402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.84**

**R&L Carriers**
**PO Box 10020**
**Port William, OH 45164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,050.00**

**RA Hall & Co, LLC**
**183 State Street**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,472.75**

**RESH, Inc.**
**25 Kenwood Circle, #2**
**Franklin, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,443.60**

**Rolled Alloys, Inc.**
**PO Box 67000**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,120.00**

**Saturn Ceramic Coating**
**7205 19 Mile Road**
**Sterling Heights, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,472.17**

**Staples Account**
**PO Box 70242**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sisson Engineering Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.74 |
|---|---|---|---|

**Staples Credit Plan**
**PO Box 78004**
**Phoenix, AZ 85062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,350.69 |
|---|---|---|---|

**Stock Drive Products**
**250 Duffy Avenue**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,418.95 |
|---|---|---|---|

**SurfacePrep Northeast**
**PO Box 361128**
**Indianapolis, IN 46236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,284.81 |
|---|---|---|---|

**Swiss Ace Manufacturing, Inc.**
**36 School Street**
**Leominster, MA 01453**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,598.25 |
|---|---|---|---|

**The Sousa Corp.**
**565 Cedar Street**
**Newington, CT 06111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,243.51 |
|---|---|---|---|

**Thyssenkrupp Materials NA**
**PO Box 7247**
**Philadelphia, PA 19170**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,304.00 |
|---|---|---|---|

**Titanium Metal Supply, Inc.**
**12215 Kirkham Road, Suite 300**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Sisson Engineering Corp.**                                Case number *(if known)* _____
        Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,604.15** |

**Trident Machine Tools, Inc.**
NW 7968-04
PO Box 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174.40** |

**Uline**
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$531.91** |

**UniFirst**
PO Box 650481
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$624.55** |

**UPS**
PO Box 7247-0244
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,019,550.54** |

**US Small Business Administration**
c/o New England Certified Development
500 Edgewater Drive, Suite 555
Wakefield, MA 01880

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Guaranty of business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |

**Valiant Capital**
1819 Saint James Place, 2nd Floor
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,350.51** |

**Valley Plating, Inc.**
412 Albany Street
Springfield, MA 01105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sisson Engineering Corp.**
         Name                                                                Case number *(if known)*

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.28 |

**Visimark, Inc.**
**14 East Worcester Street, 3rd Floor**
**Suite 130**
**Worcester, MA 01604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $770.50 |

**Waste Management**
**PO Box 13648**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $369.08 |

**Westfield Electroplating Co., Inc.**
**PO Box 298**
**Westfield, MA 01086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,050.50 |

**Worcester Elevator Co., Inc.**
**4 Southbridge Street**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**Yamazen, Inc.**
**111 Northwest Point Blvd.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,071.54 |

**Yarde Metals, Inc.**
**PO Box 781227**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Sisson Engineering Corp.** | | Case number (if known) | |
| | Name | | | |

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 110,764.50 |
| **5b. Total claims from Part 2** | 5b. + | $ 8,329,157.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,439,922.17 |

**Fill in this information to identify the case:**

Debtor name   **Sisson Engineering Corp.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract    _____ | **Commercial property located at 450 West River Street, Organge, MA**<br><br><br>**Freeborn LLC**<br>**330 Old Wendell Road**<br>**Northfield, MA 01360** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Sisson Engineering Corp.** |
| United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Cody F. Sisson** | **330 Old Wendell Road**<br>**Northfield, MA 01360**<br>**Guarantor of various corporate obligations** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Freeborn LLC** | **330 Old Wendell Road**<br>**Northfield, MA 01360** | **Cambridge Trust Company** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.3 | **Freeborn LLC** | **330 Old Wendell Road**<br>**Northfield, MA 01360** | **US Small Business Administration** | ☐ D _____<br>■ E/F   **3.80**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Sisson Engineering Corp.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,935,325.38** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,798,678.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,735,033.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Sisson Engineering Corp.** _____ Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached list** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See attached list** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Sisson Engineering Corp.**                                    Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees.  $26,738, of which $6,000.00 was drawn for prepetition services, $1,738.00 was paid for the filing fee, and $19,000.00 remains as a retainer for postpetition services.** | **11/2023** | **$26,738.00** |
| | Email or website address<br>**alston@mandkllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor    **Sisson Engineering Corp.**                                Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Cassandra Paronich** | **2017 Toyota Tundra** | **11/2023** | **$22,000.00** |
| | **Relationship to debtor**<br>**Daughter of Debtor's**<br>**principal** | | | |
| 13.2<br>. | **Jeanne Sisson** | **2018 Toyota Tundra** | **11/2023** | **$23,000.00** |
| | **Relationship to debtor**<br>**Wife of Debtor's principal** | | | |
| 13.3<br>. | **Jeanne Sisson** | **2022 Unility Trailer** | **11/2023** | **$10,000.00** |
| | **Relationship to debtor**<br>**Wife of Debtor's principal** | | | |

**Part 7:**   **Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **330 Old Wendell Road**<br>**Northfield, MA 01360** | **1985 - 2021** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
   **profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

Debtor    **Sisson Engineering Corp.**                                     Case number *(if known)* _____

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **Customer owned raw materials** | **$35,000.00** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **5**

Debtor    **Sisson Engineering Corp.**                                     Case number *(if known)*

---

■ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Eric J. Hall** **RA Hall & Co, LLC CPA** **183 State Street** **Boston, MA 02109** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Eric J. Hall** **RA Hall & Co, LLC CPA** **183 State Street** **Boston, MA 02109** | |

Debtor    **Sisson Engineering Corp.**                                    Case number *(if known)* _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Cambridge Trust Company**<br>**1336 Massachusetts Ave**<br>**Cambridge, MA 02138** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cody F. Sisson** | **330 Old Wendell Road**<br>**Northfield, MA 01360** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See question 4 above** | | | |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    **Sisson Engineering Corp.**                                      Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Sisson Engineering 401k** | **EIN:** |

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 14, 2023**

**/s/ Cody F. Sisson**                              **Cody F. Sisson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
■ Yes

Sisson Engineering Corp.
General Ledger Account Summary

Date: 11/9/2023
Time: 9:27:01 AM

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account  Book: MainBook Currency: US Dollar

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| **Account** | 1003-00 | *Greenfield Sav Bank-Checking* | | | -9,328.82 | | | |
| 8 | 8/1/2023 | SBA Loans August 2023 | GL | 576 | 3 | | 723.73 | -10,052.55 |
| 8 | 8/1/2023 | SBA Loans August 2023 | GL | 576 | 4 | | 733.78 | -10,786.33 |
| 8 | 8/1/2023 | SBA Loans August 2023 | GL | 576 | 5 | | 693.57 | -11,479.90 |
| 8 | 8/1/2023 | SBA Loans August 2023 | GL | 576 | 6 | | 402.07 | -11,881.97 |
| 8 | 8/1/2023 | Transfer from Cambridge to GBS | GL | 614 | 1 | 17,000.00 | | 5,118.03 |
| 8 | 8/2/2023 | AP Paym: 80171 Core Administration | CD | 692 | 1 | | 63.00 | 5,055.03 |
| 8 | 8/2/2023 | AP Paym: 32239 Peter Miller | CD | 693 | 1 | | 48.00 | 5,007.03 |
| 8 | 8/2/2023 | AR CR: 8.2.23CWpayment Curtiss-... | CR | 269 | 1 | 8,297.28 | | 13,304.31 |
| 8 | 8/3/2023 | FSA Bankcorp | GL | 650 | 2 | | 25.00 | 13,279.31 |
| 8 | 8/4/2023 | AR CR: 8.3.23 Edwards Edwards | CR | 271 | 1 | 27,737.89 | | 41,017.20 |
| 8 | 8/4/2023 | AR CR: 08.04.23Raytheon Raytheon | CR | 272 | 1 | 1,364.64 | | 42,381.84 |
| 8 | 8/7/2023 | AP Paym: 32232 SurfacePrep | CD | 699 | 1 | | 162.89 | 42,218.95 |
| 8 | 8/7/2023 | BROADVOICE | GL | 651 | 1 | | 529.84 | 41,689.11 |
| 8 | 8/7/2023 | Correct Broadvoice | GL | 659 | 1 | 3.00 | | 41,692.11 |
| 8 | 8/8/2023 | AP Paym: 80173 Capital One Bk (USA) | CD | 702 | 1 | | 1,000.00 | 40,692.11 |
| 8 | 8/8/2023 | AP Paym: 80172 Capital One Bk (USA) | CD | 703 | 1 | | 1,500.00 | 39,192.11 |
| 8 | 8/8/2023 | AP Paym: 32233 Accumet Engineering, | CD | 704 | 1 | | 773.95 | 38,418.16 |
| 8 | 8/8/2023 | AP Paym: 32234 Penn Stainless | CD | 705 | 1 | | 1,000.00 | 37,418.16 |
| 8 | 8/8/2023 | AP Paym: 80174 National Grid | CD | 706 | 1 | | 6,996.02 | 30,422.14 |
| 8 | 8/8/2023 | AP Paym: 80176 Admiral Metals | CD | 707 | 1 | | 750.00 | 29,672.14 |
| 8 | 8/8/2023 | AP Paym: 80175 AT&T Mobility | CD | 708 | 1 | | 469.41 | 29,202.73 |
| 8 | 8/8/2023 | AP Paym: 80177 Butler Bros. | CD | 709 | 1 | | 1,005.96 | 28,196.77 |
| 8 | 8/8/2023 | AP Paym: 80178 Purecoat North LLC | CD | 710 | 1 | | 1,126.23 | 27,070.54 |
| 8 | 8/8/2023 | AR CR: 08.8.23CW Curtiss-Wright | CR | 274 | 1 | 3,909.00 | | 30,979.54 |
| 8 | 8/8/2023 | AR CR: 8.8.23 Kaman Kaman | CR | 275 | 1 | 53,427.33 | | 84,406.87 |
| 8 | 8/8/2023 | Cobra Payment from E Johnson | GL | 664 | 2 | 1,435.10 | | 85,841.97 |
| 8 | 8/8/2023 | Correction S/B Cambridge not GSB | GL | 667 | 1 | 1,005.96 | | 86,847.93 |
| 8 | 8/8/2023 | Correction S/B Cambridge not GSB | GL | 667 | 3 | 750.00 | | 87,597.93 |
| 8 | 8/8/2023 | Correction S/B Cambridge not GSB | GL | 667 | 5 | 1,126.23 | | 88,724.16 |
| 8 | 8/10/2023 | AR CR: 182417 Federal Electronics | CR | 276 | 1 | 5,380.02 | | 94,104.18 |
| 8 | 8/10/2023 | Payroll 8.10.23  Week 7.30-8.5 | GL | 663 | 1 | | 104.21 | 93,999.97 |
| 8 | 8/10/2023 | Payroll 8.10.23  Week 7.30-8.5 | GL | 663 | 2 | | 12,310.97 | 81,689.00 |
| 8 | 8/10/2023 | Payroll 8.10.23  Week 7.30-8.5 | GL | 663 | 3 | | 30,731.66 | 50,957.34 |
| 8 | 8/10/2023 | Payroll 8.10.23  Week 7.30-8.5 | GL | 663 | 4 | | 2,129.17 | 48,828.17 |
| 8 | 8/10/2023 | Payroll 8.10.23  Week 7.30-8.5 | GL | 663 | 5 | | 71.25 | 48,756.92 |
| 8 | 8/10/2023 | Transfer | GL | 666 | 2 | | 10,000.00 | 38,756.92 |
| 8 | 8/11/2023 | AR CR: 08.11.2023Raytheon Raytheon | CR | 277 | 1 | 9,514.02 | | 48,270.94 |
| 8 | 8/11/2023 | AR CR: 08.11.23Edwards Edwards | CR | 278 | 1 | 3,332.50 | | 51,603.44 |
| 8 | 8/11/2023 | AR CR: 08.11.23Jewell Jewell | CR | 279 | 1 | 12,541.90 | | 64,145.34 |
| 8 | 8/11/2023 | AR CR: 08.11.23 Curtiss-Wright Curtiss-... | CR | 280 | 1 | 3,653.64 | | 67,798.98 |
| 8 | 8/14/2023 | AP Paym: 32235 Tommy Savage | CD | 722 | 1 | | 90.00 | 67,708.98 |
| 8 | 8/14/2023 | AP Paym: 32236 Mohawk Office | CD | 725 | 1 | | 252.88 | 67,456.10 |
| 8 | 8/14/2023 | AP Paym: 32237 United Protective | CD | 726 | 1 | | 1,404.00 | 66,052.10 |
| 8 | 8/14/2023 | AP Paym: 80179 Hadco Metal Trading | CD | 727 | 1 | | 7,008.95 | 59,043.15 |
| 8 | 8/14/2023 | AP Paym: 80180 Capital One Bk (USA) | CD | 729 | 1 | | 1,750.00 | 57,293.15 |
| 8 | 8/15/2023 | Correct Cap One amount s/b 1700 | GL | 713 | 1 | 50.00 | | 57,343.15 |
| 8 | 8/17/2023 | Payroll 8/7-8/13 Paid on 8/17 | GL | 674 | 1 | | 104.21 | 57,238.94 |

Sisson Engineering Corp.
General Ledger Account Summary

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

*Grouping: Detail Account Book: MainBook Currency: US Dollar*

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 8 | 8/17/2023 | Payroll 8/7-8/13 Paid on 8/17 | GL | 674 | 2 | | 12,091.91 | 45,147.03 |
| 8 | 8/17/2023 | Payroll 8/7-8/13 Paid on 8/17 | GL | 674 | 3 | | 29,346.98 | 15,800.05 |
| 8 | 8/17/2023 | Payroll 8/7-8/13 Paid on 8/17 | GL | 674 | 4 | | 2,118.19 | 13,681.86 |
| 8 | 8/17/2023 | Payroll 8/7-8/13 Paid on 8/17 | GL | 674 | 5 | | 71.25 | 13,610.61 |
| 8 | 8/18/2023 | AR CR: 8.18.23EFT Edwards Vacuum | CR | 290 | 1 | 1,838.35 | | 15,448.96 |
| 8 | 8/18/2023 | AR CR: 8.18.23 EFT Ray Raytheon | CR | 291 | 1 | 20,871.96 | | 36,320.92 |
| 8 | 8/18/2023 | FSA Bankcorp Payment | GL | 687 | 2 | | 63.95 | 36,256.97 |
| 8 | 8/22/2023 | AR CR: 8.22.23CW Curtiss-Wright | CR | 292 | 1 | 1,014.90 | | 37,271.87 |
| 8 | 8/22/2023 | Transfer from Cambridge to GSB | GL | 692 | 1 | 10,000.00 | | 47,271.87 |
| 8 | 8/23/2023 | Toyota Comm Finance Forklift | GL | 675 | 3 | | 400.59 | 46,871.28 |
| 8 | 8/23/2023 | Transfer from Cambridge to GSB | GL | 693 | 1 | 5,000.00 | | 51,871.28 |
| 8 | 8/24/2023 | GSB 6200008231 | GL | 676 | 3 | | 429.11 | 51,442.17 |
| 8 | 8/24/2023 | GSB 6200008232 | GL | 677 | 3 | | 759.19 | 50,682.98 |
| 8 | 8/24/2023 | GSB 6200008233 | GL | 678 | 3 | | 826.77 | 49,856.21 |
| 8 | 8/24/2023 | GSB 6200008234 | GL | 679 | 3 | | 838.72 | 49,017.49 |
| 8 | 8/24/2023 | Payroll | GL | 691 | 1 | | 104.21 | 48,913.28 |
| 8 | 8/24/2023 | Payroll | GL | 691 | 2 | | 11,572.49 | 37,340.79 |
| 8 | 8/24/2023 | Payroll | GL | 691 | 3 | | 28,059.32 | 9,281.47 |
| 8 | 8/24/2023 | Payroll | GL | 691 | 4 | | 2,327.08 | 6,954.39 |
| 8 | 8/24/2023 | Payroll | GL | 691 | 5 | | 71.25 | 6,883.14 |
| 8 | 8/25/2023 | AR CR: 20057552431 Raytheon | CR | 296 | 1 | 8,506.78 | | 15,389.92 |
| 8 | 8/25/2023 | AR CR: 8.25.23Jewell Jewell | CR | 297 | 1 | 7,359.00 | | 22,748.92 |
| 8 | 8/25/2023 | AR CR: 1700011222 Instrumentation | CR | 298 | 1 | 4,187.00 | | 26,935.92 |
| 8 | 8/25/2023 | AR CR: 8.25.23/Edwards Edwards | CR | 299 | 1 | 23,960.23 | | 50,896.15 |
| 8 | 8/25/2023 | Bankcorp transaction | GL | 696 | 2 | | 25.00 | 50,871.15 |
| 8 | 8/25/2023 | Bankcorp Transaction | GL | 697 | 2 | | 343.25 | 50,527.90 |
| 8 | 8/29/2023 | Transfer to GSB | GL | 700 | 2 | 5,000.00 | | 55,527.90 |
| 8 | 8/29/2023 | Q2 2023 Admin Fee for Isolved | GL | 701 | 2 | | 897.00 | 54,630.90 |
| 8 | 8/29/2023 | Culligan Water Payement | GL | 702 | 2 | | 93.36 | 54,537.54 |
| 8 | 8/30/2023 | AP Paym: 80182 Capital One Bk (USA) | CD | 750 | 1 | | 1,000.00 | 53,537.54 |
| 8 | 8/30/2023 | AP Paym: 80181 Capital One Bk (USA) | CD | 751 | 1 | | 2,500.00 | 51,037.54 |
| 8 | 8/30/2023 | AR CR: 08.30.23Edwards Edwards | CR | 305 | 1 | 29,415.24 | | 80,452.78 |
| 8 | 8/31/2023 | AP Paym: 80183 AT&T Mobility | CD | 765 | 1 | | 449.42 | 80,003.36 |
| 8 | 8/31/2023 | AP Paym: 80184 Comcast | CD | 766 | 1 | | 226.19 | 79,777.17 |
| 8 | 8/31/2023 | AP Paym: 80185 Gulf Universal Fleet | CD | 767 | 1 | | 500.00 | 79,277.17 |
| 8 | 8/31/2023 | AP Paym: 80186 Penn Stainless | CD | 768 | 1 | | 1,000.00 | 78,277.17 |
| 8 | 8/31/2023 | Payroll 8/31/23 week 8/20-8/27 | GL | 703 | 1 | | 176.19 | 78,100.98 |
| 8 | 8/31/2023 | Payroll 8/31/23 week 8/20-8/27 | GL | 703 | 2 | | 11,704.57 | 66,396.41 |
| 8 | 8/31/2023 | Payroll 8/31/23 week 8/20-8/27 | GL | 703 | 3 | | 28,297.85 | 38,098.56 |
| 8 | 8/31/2023 | Payroll 8/31/23 week 8/20-8/27 | GL | 703 | 4 | | 2,396.74 | 35,701.82 |
| 8 | 8/31/2023 | Payroll 8/31/23 week 8/20-8/27 | GL | 703 | 5 | | 71.25 | 35,630.57 |
| 8 | 8/31/2023 | Payroll ending 9/3/23 apply 8/31/2023 | GL | 712 | 1 | | 100.17 | 35,530.40 |
| 8 | 8/31/2023 | Payroll ending 9/3/23 apply 8/31/2023 | GL | 712 | 2 | | 11,384.33 | 24,146.07 |
| 8 | 8/31/2023 | Payroll ending 9/3/23 apply 8/31/2023 | GL | 712 | 3 | | 27,573.47 | -3,427.40 |
| 8 | 8/31/2023 | Payroll ending 9/3/23 apply 8/31/2023 | GL | 712 | 4 | | 2,392.07 | -5,819.47 |
| 8 | 8/31/2023 | Payroll ending 9/3/23 apply 8/31/2023 | GL | 712 | 5 | | 71.25 | -5,890.72 |
| 9 | 9/1/2023 | AR CR: 50008128 Cogmedix | CR | 309 | 1 | 8,952.79 | | 3,062.07 |
| 9 | 9/1/2023 | AR CR: 9.5.23Jewell Jewell | CR | 310 | 1 | 4,248.75 | | 7,310.82 |
| 9 | 9/1/2023 | SBA 9543898203 | GL | 704 | 3 | | 723.73 | 6,587.09 |

Sisson Engineering Corp.
General Ledger Account Summary

Date: 11/9/2023
Time: 9:27:01 AM

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account  Book: MainBook Currency: US Dollar

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 9 | 9/1/2023 | SBA 9313038209 | GL | 705 | 3 | | 733.78 | 5,853.31 |
| 9 | 9/1/2023 | SBA 5185188704 | GL | 706 | 3 | | 693.57 | 5,159.74 |
| 9 | 9/1/2023 | SBA 4984158708 | GL | 707 | 3 | | 402.07 | 4,757.67 |
| 9 | 9/1/2023 | Coreadmin Payment | GL | 726 | 2 | | 63.00 | 4,694.67 |
| 9 | 9/1/2023 | July Mass Sales Tax Payment | GL | 782 | 2 | | 9.50 | 4,685.17 |
| 9 | 9/3/2023 | BROADVOICE (TELEPHONE) | GL | 714 | 2 | | 526.84 | 4,158.33 |
| 9 | 9/5/2023 | FSA Bankcorp | GL | 716 | 2 | | 245.84 | 3,912.49 |
| 9 | 9/6/2023 | AP Paym: 32238 SISSON ENGINEERING CORP | CD | 779 | 1 | | 12,000.00 | -8,087.51 |
| 9 | 9/6/2023 | AP Paym: 32241 PIC DESIGN | CD | 780 | 1 | | 1,000.00 | -9,087.51 |
| 9 | 9/6/2023 | Transfer $12000.00 from GSB Savings to GSB checking | GL | 717 | 2 | 12,000.00 | | 2,912.49 |
| 9 | 9/7/2023 | AP Paym: 32242 Needham Electric | CD | 797 | 1 | | 34.65 | 2,877.84 |
| 9 | 9/7/2023 | AP Paym: 80187 Thomas W. Wyman | CD | 798 | 1 | | 150.00 | 2,727.84 |
| 9 | 9/7/2023 | AR CR: 32750 Edwards Vacuum | CR | 315 | 1 | 26,946.76 | | 29,674.60 |
| 9 | 9/7/2023 | FSA Bankcorp | GL | 725 | 2 | | 16.00 | 29,658.60 |
| 9 | 9/12/2023 | AR CR: 1700011972 Instrumentation | CR | 321 | 1 | 2,593.00 | | 32,251.60 |
| 9 | 9/12/2023 | fsa Bankcorp | GL | 748 | 2 | | 104.86 | 32,146.74 |
| 9 | 9/12/2023 | fsa Bankcorp | GL | 748 | 4 | | 30.00 | 32,116.74 |
| 9 | 9/12/2023 | fsa Bankcorp | GL | 748 | 6 | | 303.15 | 31,813.59 |
| 9 | 9/14/2023 | AR CR: 1851TEM Curtiss-Wright | CR | 322 | 1 | 5,449.44 | | 37,263.03 |
| 9 | 9/14/2023 | PR Check Date 9-14-23 | GL | 746 | 1 | | 100.17 | 37,162.86 |
| 9 | 9/14/2023 | PR Check Date 9-14-23 | GL | 746 | 2 | | 11,048.69 | 26,114.17 |
| 9 | 9/14/2023 | PR Check Date 9-14-23 | GL | 746 | 3 | 26,811.37 | | -697.20 |
| 9 | 9/14/2023 | PR Check Date 9-14-23 | GL | 746 | 4 | | 2,317.96 | -3,015.16 |
| 9 | 9/14/2023 | PR Check Date 9-14-23 | GL | 746 | 5 | | 71.25 | -3,086.41 |
| 9 | 9/14/2023 | transfer from Camb to GSB | GL | 749 | 1 | 10,000.00 | | 6,913.59 |
| 9 | 9/15/2023 | AP Paym: 80189 Capital One Bk (USA) | CD | 800 | 1 | | 1,000.00 | 5,913.59 |
| 9 | 9/15/2023 | AP Paym: 80188 Capital One Bk (USA) | CD | 801 | 1 | | 1,000.00 | 4,913.59 |
| 9 | 9/15/2023 | AR CR: 2005759326 Raytheon | CR | 323 | 1 | 14,525.68 | | 19,439.27 |
| 9 | 9/17/2023 | FSA Bancorp | GL | 747 | 2 | | 14.37 | 19,424.90 |
| 9 | 9/18/2023 | AP Paym: 32243 TRC Precision | CD | 808 | 1 | | 760.00 | 18,664.90 |
| 9 | 9/18/2023 | AP Paym: 32244 Massachusetts | CD | 809 | 1 | | 1,189.24 | 17,475.66 |
| 9 | 9/18/2023 | FSA Bankcorp | GL | 755 | 2 | | 73.93 | 17,401.73 |
| 9 | 9/19/2023 | AP Paym: 80190 Gulf Universal Fleet | CD | 810 | 1 | | 342.63 | 17,059.10 |
| 9 | 9/19/2023 | AR CR: 09.19.23CW Curtiss-Wright Sponboard and Sponboard | CR | 328 | 1 | 2,232.78 | | 19,291.88 |
| 9 | 9/19/2023 | Payroll 9/21/23 Week 9/11/23-9/17/23 | GL | 756 | 1 | | 100.17 | 19,191.71 |
| 9 | 9/19/2023 | Payroll 9/21/23 Week 9/11/23-9/17/23 | GL | 756 | 2 | | 10,405.17 | 8,786.54 |
| 9 | 9/19/2023 | Payroll 9/21/23 Week 9/11/23-9/17/23 | GL | 756 | 3 | | 25,746.66 | -16,960.12 |
| 9 | 9/19/2023 | Payroll 9/21/23 Week 9/11/23-9/17/23 | GL | 756 | 4 | | 2,198.19 | -19,158.31 |
| 9 | 9/19/2023 | Payroll 9/21/23 Week 9/11/23-9/17/23 | GL | 756 | 5 | | 71.25 | -19,229.56 |
| 9 | 9/19/2023 | FSA Bankcorp | GL | 757 | 2 | | 23.25 | -19,252.81 |
| 9 | 9/20/2023 | FSA Bankcorp | GL | 758 | 2 | | 30.00 | -19,282.81 |
| 9 | 9/20/2023 | Transfer from Cambridge to GSB | GL | 762 | 2 | 17,000.00 | | -2,282.81 |
| 9 | 9/21/2023 | AP Paym: 80191 AT&T Mobility | CD | 833 | 1 | | 449.42 | -2,732.23 |
| 9 | 9/21/2023 | Transfer 25,000 from Cambridge to GSB | GL | 769 | 1 | 25,000.00 | | 22,267.77 |
| 9 | 9/22/2023 | AR CR: 14775 Jewell Instruments LLC | CR | 331 | 1 | 4,881.25 | | 27,149.02 |
| 9 | 9/22/2023 | AR CR: 1700012716 Instrumentation | CR | 332 | 1 | 2,801.25 | | 29,950.27 |
| 9 | 9/22/2023 | FSA Bankcorp | GL | 772 | 1 | | 1.41 | 29,948.86 |
| 9 | 9/24/2023 | Toyota Commercial Finance Forklift | GL | 763 | 3 | | 400.59 | 29,548.27 |
| 9 | 9/24/2023 | GSB Loan #6200008231 | GL | 764 | 3 | | 429.11 | 29,119.16 |

Sisson Engineering Corp.
General Ledger Account Summary

Page: 4 of 14
Date: 11/9/2023
Time: 9:27:01 AM

Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )

Grouping: Detail Account  Book: MainBook Currency: US Dollar

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 9 | 9/24/2023 | GSB #62000008232 | GL | 765 | 3 | | 759.19 | 28,359.97 |
| 9 | 9/24/2023 | GSB#6200008233 | GL | 766 | 3 | | 826.77 | 27,533.20 |
| 9 | 9/24/2023 | GSB #6200008234 | GL | 767 | 3 | | 838.72 | 26,694.48 |
| 9 | 9/25/2023 | FSA Bankcorp | GL | 773 | 2 | | 216.24 | 26,478.24 |
| 9 | 9/25/2023 | Culligan Water | GL | 774 | 1 | | 93.36 | 26,384.88 |
| 9 | 9/25/2023 | Mass Sales Tax payment June 2023 | GL | 781 | 2 | | 123.45 | 26,261.43 |
| 9 | 9/25/2023 | August Sales TAx | GL | 783 | 2 | | 115.62 | 26,145.81 |
| 9 | 9/26/2023 | AP Paym: 80192 Comcast | CD | 850 | 1 | | 226.19 | 25,919.62 |
| 9 | 9/26/2023 | FSA Bankcorp | GL | 784 | 2 | | 20.37 | 25,899.25 |
| 9 | 9/26/2023 | Transfer to GSB for Payroll | GL | 786 | 1 | 20,000.00 | | 45,899.25 |
| 9 | 9/28/2023 | Payroll 9/28/23 Week 9/18-9/24/23 | GL | 785 | 1 | | 174.19 | 45,725.06 |
| 9 | 9/28/2023 | Payroll 9/28/23 Week 9/18-9/24/23 | GL | 785 | 2 | | 10,878.74 | 34,846.32 |
| 9 | 9/28/2023 | Payroll 9/28/23 Week 9/18-9/24/23 | GL | 785 | 3 | | 26,499.53 | 8,346.79 |
| 9 | 9/28/2023 | Payroll 9/28/23 Week 9/18-9/24/23 | GL | 785 | 4 | | 2,324.95 | 6,021.84 |
| 9 | 9/28/2023 | Payroll 9/28/23 Week 9/18-9/24/23 | GL | 785 | 5 | | 71.25 | 5,950.59 |
| 9 | 9/29/2023 | AR CR: 50008203 Cogmedix | CR | 339 | 1 | 10,383.09 | | 16,333.68 |
| 9 | 9/29/2023 | AR CR: 39240 Edwards Vacuum | CR | 340 | 1 | 8,693.42 | | 25,027.10 |
| 9 | 9/29/2023 | FSA Bankcorp | GL | 798 | 2 | | 120.00 | 24,907.10 |
| 9 | 9/30/2023 | Adjustment to Balance with GSB | GL | 822 | 1 | | 30.93 | 24,876.17 |
| 10 | 10/1/2023 | SBA 9543898203 | GL | 791 | 3 | | 723.73 | 24,152.44 |
| 10 | 10/1/2023 | SBA 9319038209 | GL | 792 | 3 | | 733.78 | 23,418.66 |
| 10 | 10/1/2023 | SBA 5185188704 | GL | 793 | 1 | | 693.57 | 22,725.09 |
| 10 | 10/1/2023 | SBA 4984158708 | GL | 794 | 1 | | 402.07 | 22,323.02 |
| 10 | 10/1/2023 | CoreAdmin | GL | 802 | 1 | | 63.00 | 22,260.02 |
| 10 | 10/2/2023 | AR CR: 10.2.23CW Curtiss-Wright | CR | 344 | 1 | 9,334.44 | | 31,594.46 |
| 10 | 10/2/2023 | FSA Bankcorp | GL | 799 | 2 | | 150.00 | 31,444.46 |
| 10 | 10/3/2023 | AP Paym: 80193 Capital One Bk (USA) | CD | 886 | 1 | | 1,000.00 | 30,444.46 |
| 10 | 10/3/2023 | Broadvoice Telephone | GL | 807 | 2 | | 530.68 | 29,913.78 |
| 10 | 10/3/2023 | transfer Camb to GSB | GL | 809 | 2 | 5,000.00 | | 34,913.78 |
| 10 | 10/3/2023 | transfer Camb to GSB | GL | 809 | 3 | | 5,000.00 | 29,913.78 |
| 10 | 10/3/2023 | Transfer from Cambridge to GSB | GL | 812 | 1 | 15,000.00 | | 44,913.78 |
| 10 | 10/5/2023 | Payroll check date 10/5/23 9-25 to 10-1 | GL | 811 | 2 | | 102.19 | 44,811.59 |
| 10 | 10/5/2023 | Payroll check date 10/5/23 9-25 to 10-1 | GL | 811 | 3 | | 11,496.63 | 33,314.96 |
| 10 | 10/5/2023 | Payroll check date 10/5/23 9-25 to 10-1 | GL | 811 | 4 | | 28,264.29 | 5,050.67 |
| 10 | 10/5/2023 | Payroll check date 10/5/23 9-25 to 10-1 | GL | 811 | 5 | | 71.25 | 4,979.42 |
| 10 | 10/5/2023 | Payroll check date 10/5/23 9-25 to 10-1 | GL | 811 | 6 | | 2,359.80 | 2,619.62 |
| 10 | 10/6/2023 | AR CR: 2005767449 Raytheon | CR | 347 | 1 | 8,714.80 | | 11,334.42 |
| 10 | 10/10/2023 | AP Paym Void: 5930 Celso Lopez | CD | 896 | 1 | 1,607.56 | | 12,941.98 |
| 10 | 10/10/2023 | AP Paym Void: 30323 Nature By | CD | 897 | 1 | 120.00 | | 13,061.98 |
| 10 | 10/10/2023 | AP Paym Void: 30597 Samuel J | CD | 898 | 1 | 71.41 | | 13,133.39 |
| 10 | 10/10/2023 | AP Paym Void: 30672 Joseph D Davis | CD | 899 | 1 | 101.18 | | 13,234.57 |
| 10 | 10/10/2023 | AR CR: 50008215 Cogmedix | CR | 348 | 1 | 13,723.52 | | 26,958.09 |
| 10 | 10/10/2023 | FSA Bankcorp | GL | 819 | 2 | | 44.85 | 26,913.24 |
| 10 | 10/10/2023 | Voiding 2021 transactions never | GL | 823 | 1 | 868.59 | | 27,781.83 |
| 10 | 10/10/2023 | Transfer to GSB from Cambridge | GL | 825 | 2 | 15,000.00 | | 42,781.83 |
| 10 | 10/10/2023 | transfer from GSB Savings to GSB | GL | 826 | 1 | 2,500.00 | | 45,281.83 |
| 10 | 10/11/2023 | AR CR: 14910 Jewell Instruments LLC | CR | 351 | 1 | 1,565.10 | | 46,846.93 |
| 10 | 10/11/2023 | AR CR: 1700013525 Instrumentation | CR | 352 | 1 | 249.31 | | 47,096.24 |
| 10 | 10/12/2023 | Payroll 10/12/23 Week 10/1/23-10/7/23 | GL | 821 | 1 | | 102.19 | 46,994.05 |

Sisson Engineering Corp.

General Ledger Account Summary

Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )

Grouping: Detail Account Book: MainBook Currency: US Dollar

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Period | Date | Description | | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|--------|------|-------------|--|---------|------|-----------------|-------|--------|----------------|
| 10 | 10/12/2023 | Payroll 10/12/23 Week 10/1/23-10/7/23 | GL | 821 | 2 | | | 11,652.28 | 35,341.77 |
| 10 | 10/12/2023 | Payroll 10/12/23 Week 10/1/23-10/7/23 | GL | 821 | 3 | | | 29,816.99 | 5,524.78 |
| 10 | 10/12/2023 | Payroll 10/12/23 Week 10/1/23-10/7/23 | GL | 821 | 4 | | | 2,365.59 | 3,159.19 |
| 10 | 10/12/2023 | Payroll 10/12/23 Week 10/1/23-10/7/23 | GL | 821 | 5 | | | 71.25 | 3,087.94 |
| 10 | 10/12/2023 | FSA Bankcorp | GL | 827 | 2 | | | 15.00 | 3,072.94 |
| 10 | 10/12/2023 | FSA Bankcorp | GL | 828 | 2 | | | 2.77 | 3,070.17 |
| 10 | 10/16/2023 | AR CR: 50008229 Cogmedix | CR | 354 | 1 | | 10,680.20 | | 13,750.37 |
| 10 | 10/16/2023 | FSA Bankcorp | GL | 831 | 2 | | | 50.02 | 13,700.35 |
| 10 | 10/16/2023 | Mass Tax September Payment | GL | 833 | 2 | | | 246.26 | 13,454.09 |
| 10 | 10/18/2023 | AR CR: 17000138889 Instrumentation | CR | 355 | 1 | | 15,434.72 | | 28,888.81 |
| 10 | 10/18/2023 | C Sisson deposited to GSB | GL | 851 | 1 | | 25,000.00 | | 53,888.81 |
| 10 | 10/19/2023 | AP Paym: 80194 AT&T Mobility | CD | 924 | 1 | | | 445.40 | 53,443.41 |
| 10 | 10/19/2023 | AP Paym: 80195 Comcast | CD | 925 | 1 | | | 226.19 | 53,217.22 |
| 10 | 10/19/2023 | AP Paym: 80196 Hadco Metal Trading | CD | 926 | 1 | | | 2,598.95 | 50,618.27 |
| 10 | 10/19/2023 | Payroll 10/19/23 10/9-10/15 | GL | 850 | 1 | | | 104.21 | 50,514.06 |
| 10 | 10/19/2023 | Payroll 10/19/23 10/9-10/15 | GL | 850 | 2 | | | 12,754.73 | 37,759.33 |
| 10 | 10/19/2023 | Payroll 10/19/23 10/9-10/15 | GL | 850 | 3 | | | 30,105.52 | 7,653.81 |
| 10 | 10/19/2023 | Payroll 10/19/23 10/9-10/15 | GL | 850 | 4 | | | 2,419.27 | 5,234.54 |
| 10 | 10/19/2023 | Payroll 10/19/23 10/9-10/15 | GL | 850 | 5 | | | 71.25 | 5,163.29 |
| 10 | 10/20/2023 | AR CR: 2005773076 Raytheon | CR | 362 | 1 | | 8,965.62 | | 14,128.91 |
| 10 | 10/23/2023 | AP Paym: 32245 Sunnen Products | CD | 929 | 1 | | | 71.87 | 14,057.04 |
| 10 | 10/23/2023 | AR CR: 7000470 Destaco | CR | 363 | 1 | | 430.20 | | 14,487.24 |
| 10 | 10/23/2023 | AR CR: 50008250 Cogmedix | CR | 364 | 1 | | 4,909.75 | | 19,396.99 |
| 10 | 10/23/2023 | FSA Bankcorp | GL | 861 | 2 | | | 7.31 | 19,389.68 |
| 10 | 10/24/2023 | AP Paym: 32246 Town Of Orange | CD | 931 | 1 | | | 175.00 | 19,214.68 |
| 10 | 10/24/2023 | AP Paym: 32247 Town Of Orange | CD | 932 | 1 | | | 525.00 | 18,689.68 |
| 10 | 10/24/2023 | Toyota Commercial forklift | GL | 856 | 3 | | | 400.59 | 18,289.09 |
| 10 | 10/24/2023 | GSB 6200008231 | GL | 857 | 3 | | | 429.11 | 17,859.98 |
| 10 | 10/24/2023 | GSB 6200008232 | GL | 858 | 3 | | | 759.19 | 17,100.79 |
| 10 | 10/24/2023 | GSB 6200008233 | GL | 859 | 3 | | | 826.77 | 16,274.02 |
| 10 | 10/24/2023 | GSB 6200008234 | GL | 860 | 3 | | | 838.72 | 15,435.30 |
| 10 | 10/24/2023 | Transfer from Cambridge to GSB | GL | 864 | 1 | | 30,000.00 | | 45,435.30 |
| 10 | 10/26/2023 | Payroll Week 10/16-10/22 Paid | GL | 863 | 1 | | | 176.19 | 45,259.11 |
| 10 | 10/26/2023 | Payroll Week 10/16-10/22 Paid | GL | 863 | 2 | | | 11,937.70 | 33,321.41 |
| 10 | 10/26/2023 | Payroll Week 10/16-10/22 Paid | GL | 863 | 3 | | | 28,757.31 | 4,564.10 |
| 10 | 10/26/2023 | Payroll Week 10/16-10/22 Paid | GL | 863 | 4 | | | 2,603.51 | 1,960.59 |
| 10 | 10/26/2023 | Payroll Week 10/16-10/22 Paid | GL | 863 | 5 | | | 71.25 | 1,889.34 |
| 10 | 10/26/2023 | FSA Bankcorp | GL | 866 | 1 | | | 30.00 | 1,859.34 |
| 10 | 10/27/2023 | AP Paym: 80197 Culligan Of Auburn | GL | 934 | 1 | | | 93.36 | 1,765.98 |
| 10 | 10/27/2023 | AR CR: 1700014420 Instrumentation | CR | 369 | 1 | | 2,801.25 | | 4,567.23 |
| 10 | 10/27/2023 | AR CR: 2005775772 Raytheon | CR | 370 | 1 | | 9,637.91 | | 14,205.14 |
| 10 | 10/27/2023 | AR CR: 20.25.23Edwards Edwards | CR | 371 | 1 | | 21,228.40 | | 35,433.54 |
| 10 | 10/30/2023 | AP Paym: 32248 SISSON | CD | 933 | 1 | | | 20,000.00 | 15,433.54 |
| 10 | 10/30/2023 | AP Paym: 32249 SISSON | CD | 936 | 1 | | | 12,000.00 | 3,433.54 |
| 10 | 10/30/2023 | AR CR: 50008271 Cogmedix | CR | 373 | 1 | | 13,090.15 | | 16,523.69 |
| 10 | 10/30/2023 | AR CR: V914735 Curtiss-Wright | CR | 375 | 1 | | 2,029.80 | | 18,553.49 |
| 10 | 10/30/2023 | AR CR: V914736 Curtiss-Wright | CR | 376 | 1 | | 8,199.40 | | 26,752.89 |
| 10 | 10/31/2023 | FSA Bankcorp | GL | 874 | 2 | | | 180.43 | 26,572.46 |
| 10 | 10/31/2023 | FSA Bankcorp | GL | 875 | 2 | | | 15.00 | 26,557.46 |

Sisson Engineering Corp.
General Ledger Account Summary

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account   Book: MainBook Currency: US Dollar

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 10 | 10/31/2023 | Adjustment to reconcile GSB | GL | 890 | 1 | | 4.07 | 26,553.39 |
| 11 | 11/1/2023 | SBA 954389203 | GL | 876 | 3 | | 723.73 | 25,829.66 |
| 11 | 11/1/2023 | SBA 9319038209 | GL | 877 | 3 | | 733.78 | 25,095.88 |
| 11 | 11/1/2023 | SBA 5185188704 | GL | 878 | 3 | | 693.57 | 24,402.31 |
| 11 | 11/1/2023 | SBA 4984158708 | GL | 879 | 3 | | 402.07 | 24,000.24 |
| 11 | 11/1/2023 | FSA Bankcorp | GL | 886 | 2 | | 9.58 | 23,990.66 |
| 11 | 11/1/2023 | Deposit From Cody | GL | 887 | 1 | 10,000.00 | | 33,990.66 |
| 11 | 11/2/2023 | AR CR: 1700014618 Instrumentation | CR | 378 | 1 | 14,799.25 | | 48,789.91 |
| 11 | 11/2/2023 | Payroll 10/23/23-10/29/23  Paid 11/2/23 | GL | 884 | 2 | | 104.21 | 48,685.70 |
| 11 | 11/2/2023 | Payroll 10/23/23-10/29/23  Paid 11/2/23 | GL | 884 | 3 | | 11,911.63 | 36,774.07 |
| 11 | 11/2/2023 | Payroll 10/23/23-10/29/23  Paid 11/2/23 | GL | 884 | 4 | | 28,367.35 | 8,406.72 |
| 11 | 11/2/2023 | Payroll 10/23/23-10/29/23  Paid 11/2/23 | GL | 884 | 5 | | 71.25 | 8,335.47 |
| 11 | 11/2/2023 | Payroll 10/23/23-10/29/23  Paid 11/2/23 | GL | 884 | 6 | | 2,591.93 | 5,743.54 |
| 11 | 11/2/2023 | Core Admin | GL | 888 | 2 | | 63.00 | 5,680.54 |
| 11 | 11/3/2023 | AR CR: 50008287 Cogmedix | CR | 380 | 1 | 2,848.46 | | 8,529.00 |
| 11 | 11/3/2023 | AR CR: 90000920 Jewell Instruments | CR | 381 | 1 | 2,379.30 | | 10,908.30 |
| 11 | 11/3/2023 | AR CR: 2005778567 Raytheon | CR | 382 | 1 | 15,399.40 | | 26,307.70 |
| 11 | 11/6/2023 | Broadvoice Telephone | GL | 894 | 2 | | 530.68 | 25,777.02 |
| 11 | 11/7/2023 | AP Paym: 80199 Comcast | CD | 953 | 1 | | 226.19 | 25,550.83 |
| 11 | 11/7/2023 | AP Paym: 32251 Aflac | CD | 957 | 1 | | 2,398.95 | 23,151.88 |
| 11 | 11/7/2023 | AP Paym: 32252 D Kemp LLC DBA | CD | 958 | 1 | | 713.11 | 22,438.77 |
| 11 | 11/7/2023 | AP Paym: 32253 David Korpiewski | CD | 959 | 1 | | 1,532.49 | 20,906.28 |
| 11 | 11/7/2023 | AP Paym: 32254 Hamshaw Lumber Inc | CD | 960 | 1 | | 184.36 | 20,721.92 |
| 11 | 11/7/2023 | AP Paym: 32255 Nu Drain Solutions | CD | 961 | 1 | | 275.00 | 20,446.92 |
| 11 | 11/7/2023 | AP Paym Void: 32251 Aflac | CD | 963 | 1 | 2,398.95 | | 22,845.87 |
| 11 | 11/7/2023 | AR CR: V914735 Curtiss-Wright | CR | 388 | 1 | 3,885.25 | | 26,731.12 |
| 11 | 11/7/2023 | transfer from Cambridge to GSB | GL | 899 | 1 | 16,500.00 | | 43,231.12 |
| 11 | 11/8/2023 | FSA Bankcorp | GL | 895 | 2 | | 104.86 | 43,126.26 |
| 11 | 11/9/2023 | Payroll week 10/29-11/5 paid 11/9/23 | GL | 896 | 1 | | 104.21 | 43,022.05 |
| 11 | 11/9/2023 | Payroll week 10/29-11/5 paid 11/9/23 | GL | 896 | 2 | | 11,096.83 | 31,925.22 |
| 11 | 11/9/2023 | Payroll week 10/29-11/5 paid 11/9/23 | GL | 896 | 3 | | 26,599.28 | 5,325.94 |
| 11 | 11/9/2023 | Payroll week 10/29-11/5 paid 11/9/23 | GL | 896 | 4 | | 2,490.65 | 2,835.29 |
| 11 | 11/9/2023 | Payroll week 10/29-11/5 paid 11/9/23 | GL | 896 | 5 | | 71.25 | 2,764.04 |
| | | | | 1003-00 | -9,328.82 | 737,864.10 | 725,771.24 | 2,764.04 |

| Account | 1005-00 | *Cambridge Bank Checking* | | | 50,527.42 | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | 8/1/2023 | AR CR: EFT0057135 Cirtronics | CR | 268 | 1 | 882.00 | | 51,409.42 |
| 8 | 8/1/2023 | June 2023 SBA 2022 New | GL | 577 | 3 | | 6,492.71 | 44,916.71 |
| 8 | 8/1/2023 | August 2023 SBA 2022 Equip Refi | GL | 578 | 3 | | 3,249.14 | 41,667.57 |
| 8 | 8/1/2023 | Transfer from Cambridge to GBS | GL | 614 | 2 | | 17,000.00 | 24,667.57 |
| 8 | 8/2/2023 | AP Paym: 10440 Hadco Metal Trading | CD | 694 | 1 | | 2,514.06 | 22,153.51 |
| 8 | 8/2/2023 | AP Paym: 10441 Butler Bros. | CD | 695 | 1 | | 863.46 | 21,290.05 |
| 8 | 8/2/2023 | AP Paym: 10442 Waste Management | CD | 696 | 1 | | 344.33 | 20,945.72 |
| 8 | 8/2/2023 | AP Paym: 10443 Waste Management | CD | 697 | 1 | | 287.46 | 20,658.26 |
| 8 | 8/2/2023 | Cody Interest August 2023 | GL | 575 | 2 | | 9,000.00 | 11,658.26 |
| 8 | 8/3/2023 | AP Paym: 10444 Admiral Metals | CD | 698 | 1 | | 1,450.17 | 10,208.09 |
| 8 | 8/3/2023 | AR CR: EFT0057171 Cirtronics | CR | 270 | 1 | 3,495.40 | | 13,703.49 |
| 8 | 8/5/2023 | AP Paym: 10437 Gulf Universal Fleet | CD | 689 | 1 | | 1,095.65 | 12,607.84 |
| 8 | 8/6/2023 | TD Auto Finance 2022 RAM RAM 2500 | GL | 648 | 3 | | 1,358.41 | 11,249.43 |

Sisson Engineering Corp.

General Ledger Account Summary

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account  Book: MainBook Currency: US Dollar

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Period | Date | Description | | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|--------|------|-------------|---|---------|------|-----------------|-------|--------|----------------|
| 8 | 8/7/2023 | AP Paym: 10445 UPS | CD | 700 | 1 | | | 427.65 | 10,821.78 |
| 8 | 8/7/2023 | AP Paym: 10446 Osterman Propane | CD | 701 | 1 | | | 90.76 | 10,731.02 |
| 8 | 8/7/2023 | AR CR: EFT0057201 Cirtronics | CD | 273 | 1 | | 2,210.98 | | 12,942.00 |
| 8 | 8/8/2023 | Correction S/B Cambridge not GSB | GL | 667 | 2 | | | 1,005.96 | 11,936.04 |
| 8 | 8/8/2023 | Correction S/B Cambridge not GSB | GL | 667 | 4 | | | 750.00 | 11,186.04 |
| 8 | 8/8/2023 | Correction S/B Cambridge not GSB | GL | 667 | 6 | | | 1,126.23 | 10,059.81 |
| 8 | 8/9/2023 | AP Paym: 10447 Yarde Metals Inc. | CD | 711 | 1 | | | 2,500.00 | 7,559.81 |
| 8 | 8/10/2023 | AP Paym: 10448 Absolute Metal | CD | 712 | 1 | | | 3,643.35 | 3,916.46 |
| 8 | 8/10/2023 | AP Paym: 10449 Admiral Metals | CD | 713 | 1 | | | 500.00 | 3,416.46 |
| 8 | 8/10/2023 | AP Paym: 10453 Butler Bros. | CD | 714 | 1 | | | 1,410.64 | 2,005.82 |
| 8 | 8/10/2023 | AP Paym: 10450 DB Roberts Inc. | CD | 715 | 1 | | | 500.31 | 1,505.51 |
| 8 | 8/10/2023 | AP Paym: 10452 Hadco Metal Trading | CD | 716 | 1 | | | 1,784.51 | -279.00 |
| 8 | 8/10/2023 | AP Paym: 10454 Holts Precision Inc. | CD | 717 | 1 | | | 437.00 | -716.00 |
| 8 | 8/10/2023 | AP Paym: 10451 Purecoat North LLC | CD | 718 | 1 | | | 1,005.90 | -1,721.90 |
| 8 | 8/10/2023 | AP Paym: 50280 New England | CD | 719 | 1 | | | 1,000.00 | -2,721.90 |
| 8 | 8/10/2023 | AP Paym: 50281 TRC Precision | CD | 720 | 1 | | | 760.00 | -3,481.90 |
| 8 | 8/10/2023 | AP Paym: 50282 Valley Plating Inc | CD | 721 | 1 | | | 237.50 | -3,719.40 |
| 8 | 8/10/2023 | Transfer | GL | 666 | 1 | | 10,000.00 | | 6,280.60 |
| 8 | 8/11/2023 | AP Paym: 10455 UPS | CD | 723 | 1 | | | 296.35 | 5,984.25 |
| 8 | 8/14/2023 | AP Paym: 10456 Pennsylvania Steel | CD | 724 | 1 | | | 1,281.81 | 4,702.44 |
| 8 | 8/14/2023 | AP Paym: 10457 Sunoco Card | CD | 728 | 1 | | | 9.43 | 4,693.01 |
| 8 | 8/14/2023 | AR CR: 3066907 Teledyne Flir | CR | 281 | 1 | | 3,499.80 | | 8,192.81 |
| 8 | 8/14/2023 | AR CR: 97052 QSA Global Inc | CR | 282 | 1 | | 2,725.50 | | 10,918.31 |
| 8 | 8/14/2023 | AR CR: 283085 Thorlabs | CR | 283 | 1 | | 3,006.87 | | 13,925.18 |
| 8 | 8/14/2023 | AR CR: 282752 Thorlabs | CR | 284 | 1 | | 1,112.13 | | 15,037.31 |
| 8 | 8/14/2023 | Bank FEE Analysis for 7/23 | GL | 669 | 2 | | | 122.76 | 14,914.55 |
| 8 | 8/14/2023 | Refund Check from Aflac | GL | 671 | 1 | | 30.84 | | 14,945.39 |
| 8 | 8/15/2023 | Prudential Life Ins | GL | 672 | 2 | | | 476.13 | 14,469.26 |
| 8 | 8/15/2023 | Prudential Life Ins | GL | 673 | 2 | | | 461.00 | 14,008.26 |
| 8 | 8/17/2023 | AP Paym: 10458 JEL Finishing | CD | 730 | 1 | | | 3,885.75 | 10,122.51 |
| 8 | 8/17/2023 | AP Paym: 10459 Yarde Metals Inc. | CD | 731 | 1 | | | 2,500.00 | 7,622.51 |
| 8 | 8/18/2023 | AR CR: 8.18.23EFT Myomo, Inc. | CR | 287 | 1 | | 3,526.50 | | 11,149.01 |
| 8 | 8/18/2023 | AR CR: 10010079EFt Elbit Systems | CR | 288 | 1 | | 2,390.96 | | 13,539.97 |
| 8 | 8/18/2023 | AR CR: 1-282253 Cirtronics | CR | 289 | 1 | | 240.11 | | 13,780.08 |
| 8 | 8/20/2023 | Banterra 1193-222-8 9897-7 Aug | GL | 654 | 3 | | | 1,552.80 | 12,227.28 |
| 8 | 8/21/2023 | AP Paym: 10460 UPS | CD | 732 | 1 | | | 364.33 | 11,862.95 |
| 8 | 8/21/2023 | AP Paym: 50283 Pennsylvania Steel | CD | 733 | 1 | | | 343.23 | 11,519.72 |
| 8 | 8/21/2023 | AR CR: 182530 Federal Electronics | CR | 285 | 1 | | 9,587.50 | | 21,107.22 |
| 8 | 8/21/2023 | AR CR: 3067208 Teledyne Flir | CR | 286 | 1 | | 2,916.50 | | 24,023.72 |
| 8 | 8/22/2023 | AP Paym: 10461 Visimark, Inc | CD | 734 | 1 | | | 350.70 | 23,673.02 |
| 8 | 8/22/2023 | AP Paym: 10462 Capital One Bk (USA) | CD | 735 | 1 | | | 1,500.00 | 22,173.02 |
| 8 | 8/22/2023 | Transfer from Cambridge to GSB | GL | 692 | 2 | | | 10,000.00 | 12,173.02 |
| 8 | 8/23/2023 | Transfer from Cambridge to GSB | GL | 693 | 2 | | | 5,000.00 | 7,173.02 |
| 8 | 8/25/2023 | AR CR: 8.25.23Elbit Elbit Systems | CR | 293 | 1 | | 11,194.65 | | 18,367.67 |
| 8 | 8/25/2023 | AR CR: 10010130 Elbit Systems | CR | 294 | 1 | | 27,547.22 | | 45,914.89 |
| 8 | 8/25/2023 | AR CR: 8.25.23Annapolis Annapolis | CR | 295 | 1 | | 5,384.67 | | 51,299.56 |
| 8 | 8/28/2023 | AP Paym: 10463 JEL Finishing | CD | 736 | 1 | | | 11,657.25 | 39,642.31 |
| 8 | 8/28/2023 | AP Paym: 10464 UPS | CD | 737 | 1 | | | 316.79 | 39,325.52 |
| 8 | 8/28/2023 | AP Paym: 10465 Thyssenkrupp | CD | 738 | 1 | | | 2,500.00 | 36,825.52 |

User: 93601-JEF  Case 23-30475   Doc 1   Filed 11/14/23   Entered 11/14/23 10:25:46   Desc Main   8 of 14
Sisson Engineering Corp.
Document    Page 57 of 75
General Ledger Account Summary
Page:
Date: 11/9/2023
Time: 9:27:01 AM

Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )

Grouping: Detail Account  Book: MainBook Currency: US Dollar

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 8 | 8/28/2023 | AP Paym: 10466 Yarde Metals Inc. | CD | 739 | 1 | | 2,500.00 | 34,325.52 |
| 8 | 8/28/2023 | AR CR: 4900516406 General | CR | 300 | 1 | 4,979.13 | | 39,304.65 |
| 8 | 8/28/2023 | AR CR: 1614 Innovative Industries Inc. | CR | 301 | 1 | 25,504.60 | | 64,809.25 |
| 8 | 8/28/2023 | AR CR: 106099 Kaman Precision | CR | 302 | 1 | 41,654.10 | | 106,463.35 |
| 8 | 8/28/2023 | Banterra 1193222898121 | GL | 694 | 3 | | 2,627.73 | 103,835.62 |
| 8 | 8/28/2023 | Transfer to Freeborn | GL | 695 | 2 | | 6,000.00 | 97,835.62 |
| 8 | 8/29/2023 | AP Paym: 10467 BlueCross BlueShield | CD | 740 | 1 | | 31,598.03 | 66,237.59 |
| 8 | 8/29/2023 | AP Paym: 10468 Delta Dental of | CD | 741 | 1 | | 4,004.36 | 62,233.23 |
| 8 | 8/29/2023 | AP Paym: 10469 Aflac | CD | 742 | 1 | | 2,962.05 | 59,271.18 |
| 8 | 8/29/2023 | AP Paym: 10470 Absolute Metal | CD | 743 | 1 | | 3,051.25 | 56,219.93 |
| 8 | 8/29/2023 | AP Paym: 10471 Butler Bros. | CD | 744 | 1 | | 3,634.07 | 52,585.86 |
| 8 | 8/29/2023 | AP Paym: 10472 F.M. Callahan and | CD | 745 | 1 | | 1,070.50 | 51,515.36 |
| 8 | 8/29/2023 | AP Paym: 10473 Hadco Metal Trading | CD | 746 | 1 | | 3,777.15 | 47,738.21 |
| 8 | 8/29/2023 | AP Paym: 10474 Purecoat North LLC | CD | 747 | 1 | | 2,872.12 | 44,866.09 |
| 8 | 8/29/2023 | AP Paym: 10475 FedEx | CD | 748 | 1 | | 331.15 | 44,534.94 |
| 8 | 8/29/2023 | AP Paym: 50284 Safety-Kleen Systems | CD | 749 | 1 | | 27.10 | 44,507.84 |
| 8 | 8/29/2023 | AR CR: 282486 Cirtronics | CR | 303 | 1 | 2,689.54 | | 47,197.38 |
| 8 | 8/29/2023 | AR CR: 8.29.23Myomo Myomo, Inc. | CR | 304 | 1 | 5,877.50 | | 53,074.88 |
| 8 | 8/29/2023 | Cambridge (1) LOC 01720034538- | GL | 688 | 2 | | 3,232.08 | 49,842.80 |
| 8 | 8/29/2023 | Cambridge (3) New Equipment | GL | 689 | 3 | | 7,211.18 | 42,631.62 |
| 8 | 8/29/2023 | Cambridge (6) Equipment Refi | GL | 690 | 3 | | 4,807.03 | 37,824.59 |
| 8 | 8/29/2023 | Transfer to GSB | GL | 700 | 1 | | 5,000.00 | 32,824.59 |
| 8 | 8/30/2023 | Transfer to Freeborn | GL | 710 | 2 | | 10,000.00 | 22,824.59 |
| 8 | 8/31/2023 | AP Paym: 10393 EZDriveMA Payment | CD | 624 | 1 | | 4.15 | 22,820.44 |
| 8 | 8/31/2023 | AP Paym: 50285 D Kemp LLC DBA | CD | 752 | 1 | | 500.00 | 22,320.44 |
| 8 | 8/31/2023 | AP Paym: 50286 David Korpiewski | CD | 753 | 1 | | 500.00 | 21,820.44 |
| 8 | 8/31/2023 | AP Paym: 50287 Get Set Marketing | CD | 754 | 1 | | 99.00 | 21,721.44 |
| 8 | 8/31/2023 | AP Paym: 50288 Valley Plating Inc | CD | 755 | 1 | | 755.95 | 20,965.49 |
| 8 | 8/31/2023 | AP Paym: 10476 Aalberts Surface | CD | 756 | 1 | | 1,000.00 | 19,965.49 |
| 8 | 8/31/2023 | AP Paym: 10477 Admiral Metals | CD | 757 | 1 | | 500.00 | 19,465.49 |
| 8 | 8/31/2023 | AP Paym: 10485 FedEx | CD | 758 | 1 | | 216.45 | 19,249.04 |
| 8 | 8/31/2023 | AP Paym: 10478 Holts Precision Inc. | CD | 759 | 1 | | 190.00 | 19,059.04 |
| 8 | 8/31/2023 | AP Paym: 10479 Industrial Tool Supply | CD | 760 | 1 | | 500.00 | 18,559.04 |
| 8 | 8/31/2023 | AP Paym: 10480 Pennsylvania Steel | CD | 761 | 1 | | 750.00 | 17,809.04 |
| 8 | 8/31/2023 | AP Paym: 10481 PIAD Precision | CD | 762 | 1 | | 750.00 | 17,059.04 |
| 8 | 8/31/2023 | AP Paym: 10482 Plimpton Tool Co., Inc | CD | 763 | 1 | | 372.27 | 16,686.77 |
| 8 | 8/31/2023 | AP Paym: 10483 Yarde Metals Inc. | CD | 764 | 1 | | 2,500.00 | 14,186.77 |
| 8 | 8/31/2023 | AR CR: 9431 Aligned Vision | CR | 306 | 1 | 1,595.44 | | 15,782.21 |
| 8 | 8/31/2023 | Refund Check Hamshaw invoice paid | GL | 711 | 1 | 30.59 | | 15,812.80 |
| 9 | 9/1/2023 | AP Paym: 10486 Waste Management | CD | 769 | 1 | | 395.09 | 15,417.71 |
| 9 | 9/1/2023 | AP Paym: 14087 Waste Management | CD | 770 | 1 | | 288.34 | 15,129.37 |
| 9 | 9/1/2023 | AP Paym: 50289 UniFirst | CD | 771 | 1 | | 260.88 | 14,868.49 |
| 9 | 9/1/2023 | AP Paym: 10488 Spectrum Business | CD | 772 | 1 | | 107.98 | 14,760.51 |
| 9 | 9/1/2023 | AP Paym: 10489 UPS | CD | 773 | 1 | | 570.56 | 14,189.95 |
| 9 | 9/1/2023 | AR CR: 9.1.223Cynosure Cynosure, | CR | 307 | 1 | 13,770.00 | | 27,959.95 |
| 9 | 9/1/2023 | AR CR: 9.1.23Elbit Elbit Systems | CR | 308 | 1 | 860.80 | | 28,820.75 |
| 9 | 9/1/2023 | SBA 2022 New Equipment | GL | 708 | 3 | | 6,492.71 | 22,328.04 |
| 9 | 9/1/2023 | SBA 2022 Equip Refi 4158229100 | GL | 709 | 3 | | 3,249.14 | 19,078.90 |
| 9 | 9/5/2023 | AP Paym: 10490 Capital One Bk (USA) | CD | 774 | 1 | | 12,500.00 | 6,578.90 |

Sisson Engineering Corp.
General Ledger Account Summary

Page: 9 of 14
Date: 11/9/2023
Time: 9:27:01 AM

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account  Book: MainBook Currency: US Dollar

| Period | Date | Description | | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 9/5/2023 | AR CR: 9439 Aligned Vision | CR | 311 | 1 | | 5,102.60 | | 11,681.50 |
| 9 | 9/5/2023 | AR CR: 7847 Merrimack Manufacturing | CR | 312 | 1 | | 9,795.60 | | 21,477.10 |
| 9 | 9/5/2023 | AR CR: 106125 Kaman Precision | CR | 313 | 1 | | 17,989.00 | | 39,466.10 |
| 9 | 9/6/2023 | AP Paym: 50290 Commerce Insurance | CD | 775 | 1 | | | 1,827.96 | 37,638.14 |
| 9 | 9/6/2023 | AP Paym: 50297 Hamshaw Lumber Inc | CD | 776 | 1 | | | 33.05 | 37,605.09 |
| 9 | 9/6/2023 | AP Paym: 10491 FedEx | CD | 777 | 1 | | | 104.71 | 37,500.38 |
| 9 | 9/6/2023 | AP Paym: 10492 Paulo | CD | 778 | 1 | | | 1,904.00 | 35,596.38 |
| 9 | 9/6/2023 | AP Paym: 10493 A&A Coatings | CD | 781 | 1 | | | 3,315.00 | 32,281.38 |
| 9 | 9/6/2023 | AP Paym: 10494 Absolute Metal | CD | 782 | 1 | | | 6,086.00 | 26,195.38 |
| 9 | 9/6/2023 | AP Paym: 10495 Butler Bros. | CD | 783 | 1 | | | 1,925.00 | 24,270.38 |
| 9 | 9/6/2023 | AP Paym: 10496 F.M. Callahan and | CD | 784 | 1 | | | 3,500.00 | 20,770.38 |
| 9 | 9/6/2023 | AP Paym: 10497 Lynn Welding | CD | 785 | 1 | | | 11,225.00 | 9,545.38 |
| 9 | 9/6/2023 | AP Paym: 10498 McMaster-Carr | CD | 786 | 1 | | | 408.20 | 9,137.18 |
| 9 | 9/6/2023 | AP Paym: 10499 Pennsylvania Steel | CD | 787 | 1 | | | 500.00 | 8,637.18 |
| 9 | 9/6/2023 | AP Paym: 10500 PIAD Precision | CD | 788 | 1 | | | 1,000.00 | 7,637.18 |
| 9 | 9/6/2023 | AP Paym: 10501 Plimpton Tool Co., Inc | CD | 789 | 1 | | | 1,933.31 | 5,703.87 |
| 9 | 9/6/2023 | AP Paym: 10502 Purecoat North LLC | CD | 790 | 1 | | | 5,871.34 | -167.47 |
| 9 | 9/6/2023 | AP Paym: 10503 Thyssenkrupp | CD | 791 | 1 | | | 1,000.00 | -1,167.47 |
| 9 | 9/6/2023 | AP Paym: 10504 ULINE | CD | 792 | 1 | | | 977.34 | -2,144.81 |
| 9 | 9/6/2023 | AP Paym: 10505 Yarde Metals Inc. | CD | 793 | 1 | | | 2,500.00 | -4,644.81 |
| 9 | 9/6/2023 | AP Paym: 10506 Gulf Universal Fleet | CD | 794 | 1 | | | 500.00 | -5,144.81 |
| 9 | 9/6/2023 | AP Paym: 10507 Hadco Metal Trading | CD | 795 | 1 | | | 3,242.18 | -8,386.99 |
| 9 | 9/6/2023 | AP Paym: 10508 Penn Stainless | CD | 796 | 1 | | | 1,000.00 | -9,386.99 |
| 9 | 9/6/2023 | AR CR: 9.6.23Cirtronics Cirtronics | CR | 314 | 1 | | 1,534.31 | | -7,852.68 |
| 9 | 9/6/2023 | TD Auto Loan RAM 2500 | GL | 715 | 3 | | | 1,358.41 | -9,211.09 |
| 9 | 9/6/2023 | Check #32238 should go to Cambridge | GL | 718 | 1 | | 12,000.00 | | 2,788.91 |
| 9 | 9/6/2023 | transfer from Freeborn to Cambridge | GL | 719 | 2 | | 2,500.00 | | 5,288.91 |
| 9 | 9/7/2023 | AP Paym: 10509 Accudynamics, LLC | CD | 799 | 1 | | | 1,366.25 | 3,922.66 |
| 9 | 9/7/2023 | AR CR: 9.7.23Elbit Elbit Systems | CR | 316 | 1 | | 4,172.35 | | 8,095.01 |
| 9 | 9/7/2023 | BANK ACTIVITY FEE | GL | 800 | 2 | | | 166.07 | 7,928.94 |
| 9 | 9/8/2023 | AP Paym: 10512 UPS | CD | 804 | 1 | | | 488.46 | 7,440.48 |
| 9 | 9/8/2023 | AR CR: 00761317 Cirtronics | CR | 325 | 1 | | 1,161.59 | | 8,602.07 |
| 9 | 9/11/2023 | AR CR: 106153 Kaman Precision | CR | 317 | 1 | | 17,989.00 | | 26,591.07 |
| 9 | 9/11/2023 | AR CR: 021547 C & M Precision Tech | CR | 318 | 1 | | 3,205.93 | | 29,797.00 |
| 9 | 9/11/2023 | AR CR: 183093 Federal Electronics | CR | 319 | 1 | | 9,903.57 | | 39,700.57 |
| 9 | 9/12/2023 | AR CR: 198047 Southern States LLC | CR | 320 | 1 | | 515.24 | | 40,215.81 |
| 9 | 9/14/2023 | AP Paym: 10510 Lynn Welding | CD | 802 | 1 | | | 7,400.00 | 32,815.81 |
| 9 | 9/14/2023 | transfer from Camb to GSB | GL | 749 | 2 | | | 10,000.00 | 22,815.81 |
| 9 | 9/15/2023 | AP Paym: 10511 Lynn Welding | CD | 803 | 1 | | | 7,525.00 | 15,290.81 |
| 9 | 9/15/2023 | AP Paym: 10513 UPS | CD | 805 | 1 | | | 259.51 | 15,031.30 |
| 9 | 9/15/2023 | AP Paym: 10514 Yarde Metals Inc. | CD | 806 | 1 | | | 2,500.00 | 12,531.30 |
| 9 | 9/15/2023 | AR CR: 09.15.23Elbit Elbit Systems | CR | 324 | 1 | | 1,487.68 | | 14,018.98 |
| 9 | 9/15/2023 | Prudential Life Ins | GL | 750 | 2 | | | 476.13 | 13,542.85 |
| 9 | 9/15/2023 | Prudentail Life Ins | GL | 751 | 2 | | | 461.00 | 13,081.85 |
| 9 | 9/17/2023 | AR CR: 183212 Federal Electronics | CR | 327 | 1 | | 5,083.46 | | 18,165.31 |
| 9 | 9/18/2023 | AP Paym: 10515 Lynn Welding | CD | 807 | 1 | | | 7,525.00 | 10,640.31 |
| 9 | 9/18/2023 | AR CR: 21605 C & M Precision Tech | CR | 326 | 1 | | 2,078.57 | | 12,718.88 |
| 9 | 9/18/2023 | $200.08 TFORCE Check#50245 | GL | 754 | 1 | | 200.08 | | 12,918.96 |
| 9 | 9/18/2023 | Grant WTFP from Training  Contracts | GL | 759 | 1 | | 6,394.00 | | 19,312.96 |

Sisson Engineering Corp.
General Ledger Account Summary

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account Book: MainBook Currency: US Dollar

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|--------|------|-------------|---------|------|-----------------|-------|--------|----------------|
| 9 | 9/19/2023 | AP Paym: 10516 Sunoco Card | CD | 811 | 1 | | 275.50 | 19,037.46 |
| 9 | 9/20/2023 | Banterra Loan 1193 222 8 9897 1 auto | GL | 760 | 1 | | 1,552.80 | 17,484.66 |
| 9 | 9/20/2023 | Transfer from Cambridge to GSB | GL | 762 | 1 | | 17,000.00 | 484.66 |
| 9 | 9/21/2023 | AP Paym: 50292 Town Of Orange | CD | 812 | 1 | | 14,264.72 | -13,780.06 |
| 9 | 9/21/2023 | AP Paym: 50293 TFORCE Freight | CD | 813 | 1 | | 365.96 | -14,146.02 |
| 9 | 9/21/2023 | AP Paym: 50294 TFORCE Freight | CD | 814 | 1 | | 200.08 | -14,346.10 |
| 9 | 9/21/2023 | AP Paym: 10517 A&A Coatings | CD | 815 | 1 | | 4,279.00 | -18,625.10 |
| 9 | 9/21/2023 | AP Paym: 10518 Aalberts Surface | CD | 816 | 1 | | 2,000.00 | -20,625.10 |
| 9 | 9/21/2023 | AP Paym: 10519 Absolute Metal | CD | 817 | 1 | | 4,154.08 | -24,779.18 |
| 9 | 9/21/2023 | AP Paym: 10520 Admiral Metals | CD | 818 | 1 | | 2,500.00 | -27,279.18 |
| 9 | 9/21/2023 | AP Paym: 10521 Aotco Metal Finishing | CD | 819 | 1 | | 375.00 | -27,654.18 |
| 9 | 9/21/2023 | AP Paym: 10522 Boedeker Plastics | CD | 820 | 1 | | 203.50 | -27,857.68 |
| 9 | 9/21/2023 | AP Paym: 10523 Butler Bros. | CD | 821 | 1 | | 4,732.51 | -32,590.19 |
| 9 | 9/21/2023 | AP Paym: 10524 DB Roberts Inc. | CD | 822 | 1 | | 4,199.60 | -36,789.79 |
| 9 | 9/21/2023 | AP Paym: 10525 Epicor Software | CD | 823 | 1 | | 2,341.06 | -39,130.85 |
| 9 | 9/21/2023 | AP Paym: 10526 F.M. Callahan and | CD | 824 | 1 | | 4,305.00 | -43,435.85 |
| 9 | 9/21/2023 | AP Paym: 10527 JEL Finishing | CD | 825 | 1 | | 11,735.75 | -55,171.60 |
| 9 | 9/21/2023 | AP Paym: 10528 MSC Industrial | CD | 826 | 1 | | 1,412.67 | -56,584.27 |
| 9 | 9/21/2023 | AP Paym: 10529 Pennsylvania Steel | CD | 827 | 1 | | 1,500.00 | -58,084.27 |
| 9 | 9/21/2023 | AP Paym: 10530 Plimpton Tool Co., Inc | CD | 828 | 1 | | 2,062.97 | -60,147.24 |
| 9 | 9/21/2023 | AP Paym: 10531 Purecoat North LLC | CD | 829 | 1 | | 3,464.05 | -63,611.29 |
| 9 | 9/21/2023 | AP Paym: 10532 Thyssenkrupp | CD | 830 | 1 | | 5,000.00 | -68,611.29 |
| 9 | 9/21/2023 | AP Paym: 10533 ULINE | CD | 831 | 1 | | 545.34 | -69,156.63 |
| 9 | 9/21/2023 | AP Paym: 10534 Yarde Metals Inc. | CD | 832 | 1 | | 3,500.00 | -72,656.63 |
| 9 | 9/21/2023 | AP Paym: 10540 Aflac | CD | 834 | 1 | | 2,051.40 | -74,708.03 |
| 9 | 9/21/2023 | AP Paym: 10539 BlueCross BlueShield | CD | 835 | 1 | | 21,955.11 | -96,663.14 |
| 9 | 9/21/2023 | AP Paym: 10541 Hadco Metal Trading | CD | 836 | 1 | | 4,145.88 | -100,809.02 |
| 9 | 9/21/2023 | AP Paym: 10542 National Grid | CD | 837 | 1 | | 7,907.95 | -108,716.97 |
| 9 | 9/21/2023 | AP Paym: 1712118 Coating Systems | CD | 838 | 1 | | 790.75 | -109,507.72 |
| 9 | 9/21/2023 | AP Paym: 1712119 David Korpiewski | CD | 839 | 1 | | 500.00 | -110,007.72 |
| 9 | 9/21/2023 | AP Paym: 1712120 KS&C Industries, | CD | 840 | 1 | | 332.56 | -110,340.28 |
| 9 | 9/21/2023 | AP Paym: 1712121 Penn Stainless | CD | 841 | 1 | | 1,500.00 | -111,840.28 |
| 9 | 9/21/2023 | AP Paym: 1712122 Valley Plating Inc | CD | 842 | 1 | | 2,624.25 | -114,464.53 |
| 9 | 9/21/2023 | AP Paym: 10545 MSC Industrial | CD | 843 | 1 | | 584.11 | -115,048.64 |
| 9 | 9/21/2023 | AR CR: 2000012729 Schleifring North | CR | 334 | 1 | 1,265.26 | | -113,783.38 |
| 9 | 9/21/2023 | Deposit From Cody Sisson Check | GL | 768 | 2 | 125,000.00 | | 11,216.62 |
| 9 | 9/21/2023 | Transfer 25,000 from Cambridge to | GL | 769 | 2 | | 25,000.00 | -13,783.38 |
| 9 | 9/21/2023 | Deposit 2nd of 2 Ck Cody Sisson | GL | 770 | 2 | 125,000.00 | | 111,216.62 |
| 9 | 9/25/2023 | AP Paym: 10546 UPS | CD | 844 | 1 | | 407.14 | 110,809.48 |
| 9 | 9/25/2023 | AP Paym: 50300 Mass DOT - | CD | 845 | 1 | | 140.00 | 110,669.48 |
| 9 | 9/25/2023 | AP Paym: 50301 Mass DOT - | CD | 846 | 1 | | 20.00 | 110,649.48 |
| 9 | 9/25/2023 | AP Paym: 50302 Mass DOT - | CD | 847 | 1 | | 40.00 | 110,609.48 |
| 9 | 9/25/2023 | AR CR: 3068689 Teledyne Flir | CR | 329 | 1 | 2,623.14 | | 113,232.62 |
| 9 | 9/25/2023 | AR CR: 4900517789 General | CR | 330 | 1 | 14,823.26 | | 128,055.88 |
| 9 | 9/25/2023 | AR CR: 652049 Elbit Systems- | CR | 333 | 1 | 1,249.30 | | 129,305.18 |
| 9 | 9/25/2023 | AR CR: 9.22.23 Elbit Elbit Systems | CR | 335 | 1 | 860.80 | | 130,165.98 |
| 9 | 9/25/2023 | AR CR: 4900517897 General | CR | 336 | 1 | 1,407.42 | | 131,573.40 |
| 9 | 9/25/2023 | AR CR: 4900517255 General | CR | 337 | 1 | 794.16 | | 132,367.56 |
| 9 | 9/25/2023 | AR CR: 183451 Federal Electronics | CR | 338 | 1 | 210.41 | | 132,577.97 |

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

*Grouping: Detail Account  Book: MainBook Currency: US Dollar*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 9 | 9/25/2023 | Cobra Payment E Johnson Sept 23 | GL | 771 | 2 | | 793.97 | | 133,371.94 |
| 9 | 9/25/2023 | Banterra HURCO #9812-1 | GL | 775 | 3 | | | 2,627.73 | 130,744.21 |
| 9 | 9/26/2023 | AP Paym: 10548 Capital One Bk (USA) | CD | 848 | 1 | | | 2,000.00 | 128,744.21 |
| 9 | 9/26/2023 | AP Paym: 10547 Capital One Bk (USA) | CD | 849 | 1 | | | 1,000.00 | 127,744.21 |
| 9 | 9/26/2023 | AP Paym: 10566 FedEx | CD | 851 | 1 | | | 66.66 | 127,677.55 |
| 9 | 9/26/2023 | AP Paym: 50303 AIM HR Solutions | CD | 852 | 1 | | | 180.63 | 127,496.92 |
| 9 | 9/26/2023 | AP Paym: 50304 Bodycote Thermal | CD | 853 | 1 | | | 1,500.00 | 125,996.92 |
| 9 | 9/26/2023 | AP Paym: 50305 Cutting Edge Carbide | CD | 854 | 1 | | | 389.54 | 125,607.38 |
| 9 | 9/26/2023 | AP Paym: 50306 D Kemp LLC DBA | CD | 855 | 1 | | | 418.59 | 125,188.79 |
| 9 | 9/26/2023 | AP Paym: 50307 David Korpiewski | CD | 856 | 1 | | | 500.00 | 124,688.79 |
| 9 | 9/26/2023 | AP Paym: 50308 New England | CD | 857 | 1 | | | 1,000.00 | 123,688.79 |
| 9 | 9/26/2023 | AP Paym: 50309 Penn Stainless | CD | 858 | 1 | | | 1,000.00 | 122,688.79 |
| 9 | 9/26/2023 | AP Paym: 50310 PTI Industries, Inc (A | CD | 859 | 1 | | | 348.00 | 122,340.79 |
| 9 | 9/26/2023 | AP Paym: 50311 Stock Drive Products | CD | 860 | 1 | | | 121.36 | 122,219.43 |
| 9 | 9/26/2023 | AP Paym: 50312 Valley Plating Inc | CD | 861 | 1 | | | 759.00 | 121,460.43 |
| 9 | 9/26/2023 | AP Paym: 10549 Aalberts Surface | CD | 862 | 1 | | | 1,000.00 | 120,460.43 |
| 9 | 9/26/2023 | AP Paym: 10550 Absolute Metal | CD | 863 | 1 | | | 1,097.25 | 119,363.18 |
| 9 | 9/26/2023 | AP Paym: 10551 Admiral Metals | CD | 864 | 1 | | | 330.52 | 119,032.66 |
| 9 | 9/26/2023 | AP Paym: 10552 Aotco Metal Finishing | CD | 865 | 1 | | | 522.00 | 118,510.66 |
| 9 | 9/26/2023 | AP Paym: 10553 BlackHawk Industrial | CD | 866 | 1 | | | 309.53 | 118,201.13 |
| 9 | 9/26/2023 | AP Paym: 10554 Bulkley Richardson | CD | 867 | 1 | | | 500.00 | 117,701.13 |
| 9 | 9/26/2023 | AP Paym: 10555 Butler Bros. | CD | 868 | 1 | | | 1,018.66 | 116,682.47 |
| 9 | 9/26/2023 | AP Paym: 10556 DB Roberts Inc. | CD | 869 | 1 | | | 1,000.00 | 115,682.47 |
| 9 | 9/26/2023 | AP Paym: 10557 Holts Precision Inc. | CD | 870 | 1 | | | 243.00 | 115,439.47 |
| 9 | 9/26/2023 | AP Paym: 10558 Industrial Tool Supply | CD | 871 | 1 | | | 1,000.00 | 114,439.47 |
| 9 | 9/26/2023 | AP Paym: 10559 McMaster-Carr | CD | 872 | 1 | | | 348.61 | 114,090.86 |
| 9 | 9/26/2023 | AP Paym: 10560 Pennsylvania Steel | CD | 873 | 1 | | | 667.04 | 113,423.82 |
| 9 | 9/26/2023 | AP Paym: 10561 Purecoat North LLC | CD | 874 | 1 | | | 1,365.00 | 112,058.82 |
| 9 | 9/26/2023 | AP Paym: 10562 Staples Account | CD | 875 | 1 | | | 794.47 | 111,264.35 |
| 9 | 9/26/2023 | AP Paym: 10563 Thyssenkrupp | CD | 876 | 1 | | | 725.26 | 110,539.09 |
| 9 | 9/26/2023 | AP Paym: 10564 Visimark, Inc | CD | 877 | 1 | | | 78.76 | 110,460.33 |
| 9 | 9/26/2023 | AP Paym: 10565 Yarde Metals Inc. | CD | 878 | 1 | | | 2,500.00 | 107,960.33 |
| 9 | 9/26/2023 | Transfer to GSB for Payroll | GL | 786 | 2 | | | 20,000.00 | 87,960.33 |
| 9 | 9/26/2023 | Transfer to Freborne | GL | 787 | 1 | | | 16,600.00 | 71,360.33 |
| 9 | 9/26/2023 | transfer to Freeborn | GL | 788 | 1 | | | 5,200.00 | 66,160.33 |
| 9 | 9/28/2023 | AP Paym: 10567 Absolute Metal | CD | 879 | 1 | | | 7,485.75 | 58,674.58 |
| 9 | 9/28/2023 | AP Paym: 10569 Gulf Universal Fleet | CD | 880 | 1 | | | 1,338.14 | 57,336.44 |
| 9 | 9/28/2023 | AP Paym: 10568 Spectrum Business | CD | 881 | 1 | | | 107.98 | 57,228.46 |
| 9 | 9/28/2023 | AP Paym: 50313 Dell Business Credit | CD | 882 | 1 | | | 481.00 | 56,747.46 |
| 9 | 9/29/2023 | Cambridge LOC (1) 4538 | GL | 776 | 2 | | | 3,226.61 | 53,520.85 |
| 9 | 9/29/2023 | Cambridge New Equip (3) #4538 | GL | 777 | 3 | | | 7,211.18 | 46,309.67 |
| 9 | 9/29/2023 | Cambridge Equip Finance (6) #4538 | GL | 778 | 3 | | | 4,807.03 | 41,502.64 |
| 9 | 9/29/2023 | Cody Sisson Interest | GL | 779 | 2 | | | 9,000.00 | 32,502.64 |
| 10 | 10/1/2023 | SBA 2022 New Equip 4155379104 | GL | 795 | 1 | | | 6,492.71 | 26,009.93 |
| 10 | 10/1/2023 | SBA 2022 Equip Refi 4158229100 | GL | 796 | 1 | | | 3,249.14 | 22,760.79 |
| 10 | 10/2/2023 | AP Paym: 10570 Hawk Ridge Systems, | CD | 883 | 1 | | | 6,864.30 | 15,896.49 |
| 10 | 10/2/2023 | AP Paym: 10571 UPS | CD | 884 | 1 | | | 531.38 | 15,365.11 |
| 10 | 10/2/2023 | AR CR: 106199 Kaman Precision | CR | 341 | 1 | | 17,629.22 | | 32,994.33 |
| 10 | 10/3/2023 | AP Paym: 10572 Capital One Bk (USA) | CD | 885 | 1 | | | 2,000.00 | 30,994.33 |

Sisson Engineering Corp.
General Ledger Account Summary

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account  Book: MainBook Currency: US Dollar

| Period | Date | Description | | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 10/3/2023 | AP Paym: 10574 JEL Finishing | CD | 887 | 1 | | | 3,925.00 | 27,069.33 |
| 10 | 10/3/2023 | AP Paym: 10573 Titanium Metal | CD | 888 | 1 | | | 2,250.00 | 24,819.33 |
| 10 | 10/3/2023 | AP Paym Void: 50161 Stock Drive | CD | 889 | 1 | | 3,929.39 | | 28,748.72 |
| 10 | 10/3/2023 | AR CR: 60009115 DRS Navel Power | CR | 342 | 1 | | 10,882.08 | | 39,630.80 |
| 10 | 10/3/2023 | Transfer from Cambridge to GSB | GL | 803 | 1 | | | 5,000.00 | 34,630.80 |
| 10 | 10/3/2023 | Correct transfer Cam to GSB  Sav | GL | 808 | 1 | | 5,000.00 | | 39,630.80 |
| 10 | 10/3/2023 | transfer Camb to GSB | GL | 809 | 1 | | | 5,000.00 | 34,630.80 |
| 10 | 10/3/2023 | Transfer from Cambridge to GSB | GL | 812 | 2 | | | 15,000.00 | 19,630.80 |
| 10 | 10/4/2023 | AR CR: 10.4.23Myomo Myomo, Inc. | CR | 343 | 1 | | 3,370.00 | | 23,000.80 |
| 10 | 10/5/2023 | AP Paym: 10575 Plimpton Tool Co., Inc | CD | 890 | 1 | | | 2,950.34 | 20,050.46 |
| 10 | 10/5/2023 | AP Paym: 10577 DB Roberts Inc. | CD | 891 | 1 | | | 1,000.00 | 19,050.46 |
| 10 | 10/5/2023 | AP Paym: 10578 Titanium Metal | CD | 892 | 1 | | | 1,000.00 | 18,050.46 |
| 10 | 10/5/2023 | AP Paym: 10576 Yarde Metals Inc. | CD | 893 | 1 | | | 2,500.00 | 15,550.46 |
| 10 | 10/5/2023 | AP Paym: 50314 Tommy Savage | CD | 894 | 1 | | | 627.75 | 14,922.71 |
| 10 | 10/6/2023 | AR CR: 1-283424 Cirtronics | CR | 345 | 1 | | 412.58 | | 15,335.29 |
| 10 | 10/6/2023 | AR CR: 10.6.23Elbit Elbit Systems | CR | 346 | 1 | | 2,000.00 | | 17,335.29 |
| 10 | 10/6/2023 | TD Auto Finance | GL | 813 | 3 | | | 1,358.41 | 15,976.88 |
| 10 | 10/6/2023 | Bank Service Charges "Misc Ananlysis | GL | 818 | 2 | | | 163.77 | 15,813.11 |
| 10 | 10/9/2023 | AP Paym: 10579 UPS | CD | 895 | 1 | | | 585.58 | 15,227.53 |
| 10 | 10/10/2023 | AR CR: 106223 Kaman Precision | CR | 349 | 1 | | 53,607.22 | | 68,834.75 |
| 10 | 10/10/2023 | AR CR: 21725 C & M Precision Tech | CR | 350 | 1 | | 5,214.04 | | 74,048.79 |
| 10 | 10/10/2023 | Check from The Hartford after Audit | GL | 824 | 1 | | 111.00 | | 74,159.79 |
| 10 | 10/10/2023 | Transfer to GSB from Cambridge | GL | 825 | 1 | | | 15,000.00 | 59,159.79 |
| 10 | 10/11/2023 | AP Paym: 10580 Lynn Welding | CD | 900 | 1 | | | 14,925.00 | 44,234.79 |
| 10 | 10/12/2023 | AP Paym: 10583 Capital One Bk (USA) | CD | 901 | 1 | | | 2,000.00 | 42,234.79 |
| 10 | 10/12/2023 | AP Paym: 10584 Capital One Bk (USA) | CD | 902 | 1 | | | 1,000.00 | 41,234.79 |
| 10 | 10/12/2023 | AP Paym: 10582 FedEx | CD | 903 | 1 | | | 21.01 | 41,213.78 |
| 10 | 10/12/2023 | AP Paym: 10581 Sunoco Card | CD | 904 | 1 | | | 424.96 | 40,788.82 |
| 10 | 10/12/2023 | AP Paym: 10586 DB Roberts Inc. | CD | 905 | 1 | | | 1,000.00 | 39,788.82 |
| 10 | 10/12/2023 | AP Paym: 10587 Titanium Metal | CD | 906 | 1 | | | 3,000.00 | 36,788.82 |
| 10 | 10/12/2023 | AP Paym: 10585 Yarde Metals Inc. | CD | 907 | 1 | | | 2,500.00 | 34,288.82 |
| 10 | 10/12/2023 | AP Paym: 10590 Absolute Metal | CD | 908 | 1 | | | 5,000.00 | 29,288.82 |
| 10 | 10/12/2023 | AP Paym: 10589 Butler Bros. | CD | 909 | 1 | | | 3,898.89 | 25,389.93 |
| 10 | 10/12/2023 | AP Paym: 10588 Hadco Metal Trading | CD | 910 | 1 | | | 6,000.00 | 19,389.93 |
| 10 | 10/12/2023 | AP Paym: 50315 GARD Specialists Co. | CD | 911 | 1 | | | 176.07 | 19,213.86 |
| 10 | 10/16/2023 | AP Paym: 10591 UPS | CD | 912 | 1 | | | 489.74 | 18,724.12 |
| 10 | 10/16/2023 | AR CR: 3069447 Teledyne Flir | CR | 353 | 1 | | 874.38 | | 19,598.50 |
| 10 | 10/16/2023 | Prudential Life Ins | GL | 829 | 2 | | | 476.13 | 19,122.37 |
| 10 | 10/16/2023 | Predential Life Ins | GL | 830 | 2 | | | 461.00 | 18,661.37 |
| 10 | 10/19/2023 | AP Paym: 10593 Capital One Bk (USA) | CD | 913 | 1 | | | 1,500.00 | 17,161.37 |
| 10 | 10/19/2023 | AP Paym: 10592 Capital One Bk (USA) | CD | 914 | 1 | | | 1,500.00 | 15,661.37 |
| 10 | 10/19/2023 | AP Paym Void: 50304 Bodycote | CD | 915 | 1 | | 1,500.00 | | 17,161.37 |
| 10 | 10/19/2023 | AP Paym: 50316 Bodycote Thermal | CD | 916 | 1 | | | 1,500.00 | 15,661.37 |
| 10 | 10/19/2023 | AP Paym: 10594 Absolute Metal | CD | 917 | 1 | | | 5,684.00 | 9,977.37 |
| 10 | 10/19/2023 | AP Paym: 10595 Aotco Metal Finishing | CD | 918 | 1 | | | 200.00 | 9,777.37 |
| 10 | 10/19/2023 | AP Paym: 10596 Butler Bros. | CD | 919 | 1 | | | 1,411.58 | 8,365.79 |
| 10 | 10/19/2023 | AP Paym: 10597 DB Roberts Inc. | CD | 920 | 1 | | | 1,000.00 | 7,365.79 |
| 10 | 10/19/2023 | AP Paym: 10598 Purecoat North LLC | CD | 921 | 1 | | | 1,503.28 | 5,862.51 |
| 10 | 10/19/2023 | AP Paym: 10599 Titanium Metal | CD | 922 | 1 | | | 3,000.00 | 2,862.51 |

Sisson Engineering Corp.

General Ledger Account Summary

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

Grouping: Detail Account  Book: MainBook Currency: US Dollar

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 10 | 10/19/2023 | AP Paym: 10600 Yarde Metals Inc. | CD | 923 | 1 | | 2,500.00 | 362.51 |
| 10 | 10/19/2023 | AP Paym: 10601 National Grid | CD | 927 | 1 | | 3,000.00 | -2,637.49 |
| 10 | 10/20/2023 | AP Paym: 10602 UPS | CD | 928 | 1 | | 518.81 | -3,156.30 |
| 10 | 10/20/2023 | AR CR: EFT0057975 Cirtronics | CR | 360 | 1 | | 198.16 | -2,958.14 |
| 10 | 10/20/2023 | AR CR: ACH1020 PMW Aero, LLC | CR | 361 | 1 | | 12,379.55 | 9,421.41 |
| 10 | 10/20/2023 | Banterra Loan | GL | 832 | 3 | | | 1,552.80 | 7,868.61 |
| 10 | 10/23/2023 | AP Paym: 10603 Purecoat North LLC | CD | 930 | 1 | | | 157.50 | 7,711.11 |
| 10 | 10/23/2023 | AR CR: 10.23.23Ann Annapolis Micro | CR | 356 | 1 | | 4,536.80 | 12,247.91 |
| 10 | 10/23/2023 | AR CR: 286685 Thorlabs | CR | 357 | 1 | | 4,119.00 | 16,366.91 |
| 10 | 10/23/2023 | AR CR: 7070491 UNITED | CR | 358 | 1 | | 5,753.86 | 22,120.77 |
| 10 | 10/23/2023 | AR CR: 811944 Elbit Systems- | CR | 359 | 1 | | 916.55 | 23,037.32 |
| 10 | 10/23/2023 | AR CR: 21794 C & M Precision Tech | CR | 365 | 1 | | 2,008.11 | 25,045.43 |
| 10 | 10/23/2023 | AR CR: 1649 Innovative Industries Inc. | CR | 366 | 1 | | 17,533.56 | 42,578.99 |
| 10 | 10/23/2023 | AR CR: 1787 Innovative Industries Inc. | CR | 367 | 1 | | 7,445.28 | 50,024.27 |
| 10 | 10/23/2023 | Banterra Loan 1193-222-8 9812-1 | GL | 862 | 3 | | | 2,627.73 | 47,396.54 |
| 10 | 10/24/2023 | AR CR: 283784 Cirtronics | CR | 368 | 1 | | 299.88 | 47,696.42 |
| 10 | 10/24/2023 | Transfer from Cambridge to GSB | GL | 864 | 2 | | | 30,000.00 | 17,696.42 |
| 10 | 10/26/2023 | Cody Interest Payment | GL | 865 | 1 | | | 14,600.00 | 3,096.42 |
| 10 | 10/27/2023 | AP Paym: 80198 UPS | CD | 935 | 1 | | | 613.62 | 2,482.80 |
| 10 | 10/27/2023 | AR CR: EFT0058037 Cirtronics | CR | 372 | 1 | | 3,431.07 | 5,913.87 |
| 10 | 10/29/2023 | LOC (1) #4538-00001 | GL | 870 | 2 | | | 3,122.52 | 2,791.35 |
| 10 | 10/29/2023 | New Equip (3) #4538-00003 | GL | 871 | 3 | | | 7,211.18 | -4,419.83 |
| 10 | 10/29/2023 | Equip Refi (6) #4538-00006 | GL | 872 | 3 | | | 4,807.03 | -9,226.86 |
| 10 | 10/30/2023 | AP Paym: 32248 SISSON ENGINEERING CORP | CD | 933 | 2 | | 20,000.00 | 10,773.14 |
| 10 | 10/30/2023 | AP Paym: 32249 SISSON ENGINEERING CORP | CD | 936 | 2 | | 12,000.00 | 22,773.14 |
| 10 | 10/30/2023 | AR CR: 21845 C & M Precision Tech | CR | 374 | 1 | | 3,382.08 | 26,155.22 |
| 10 | 10/30/2023 | Transfer from Cambridge to Freeborn | GL | 873 | 1 | | | 4,500.00 | 21,655.22 |
| 10 | 10/31/2023 | AP Paym: 10605 Capital One Bk (USA) | CD | 937 | 1 | | | 1,000.00 | 20,655.22 |
| 10 | 10/31/2023 | AP Paym: 10604 Capital One Bk (USA) | CD | 938 | 1 | | | 4,500.00 | 16,155.22 |
| 10 | 10/31/2023 | AR CR: EFT00588065 Cirtronics | CR | 377 | 1 | | 1,081.19 | 17,236.41 |
| 10 | 10/31/2023 | Transfer from Cambridge to Freeborn | GL | 882 | 2 | | | 7,000.00 | 10,236.41 |
| 10 | 10/31/2023 | EJohnson Cobra Payment for October 2023 | GL | 885 | 2 | | 728.49 | 10,964.90 |
| 11 | 11/1/2023 | SBA 2022 Equip Refi 4158229100 | GL | 880 | 3 | | | 3,249.14 | 7,715.76 |
| 11 | 11/1/2023 | SBA 2022 New EQUIPMENT 4158283100 | GL | 881 | 3 | | | 6,492.71 | 1,223.05 |
| 11 | 11/2/2023 | AR CR: 867744 Elbit Systems- | CR | 379 | 1 | | 878.10 | 2,101.15 |
| 11 | 11/2/2023 | Adjust Journal after reconciling bank | GL | 889 | 1 | | 753.15 | 2,854.30 |
| 11 | 11/3/2023 | AP Paym: 10606 UPS | CD | 939 | 1 | | | 555.09 | 2,299.21 |
| 11 | 11/3/2023 | AR CR: EFT0058119 Cirtronics | CR | 383 | 1 | | 8,334.10 | 10,633.31 |
| 11 | 11/6/2023 | AP Paym: 10607 Waste Management | CD | 940 | 1 | | | 403.20 | 10,230.11 |
| 11 | 11/6/2023 | AP Paym: 10608 Waste Management | CD | 941 | 1 | | | 293.94 | 9,936.17 |
| 11 | 11/6/2023 | AR CR: 11.6.23EFT Annapolis | CR | 384 | 1 | | 1,812.50 | 11,748.67 |
| 11 | 11/6/2023 | AR CR: 167869 Starrett | CR | 385 | 1 | | 5,775.00 | 17,523.67 |
| 11 | 11/6/2023 | AR CR: 106289 Kaman Precision | CR | 386 | 1 | | 17,629.22 | 35,152.89 |
| 11 | 11/6/2023 | TD Auto Finance | GL | 891 | 3 | | | 1,358.41 | 33,794.48 |
| 11 | 11/7/2023 | AP Paym: 10609 BlueCross BlueShield | CD | 942 | 1 | | | 17,075.47 | 16,719.01 |
| 11 | 11/7/2023 | AP Paym: 10612 Boedeker Plastics | CD | 943 | 1 | | | 73.00 | 16,646.01 |
| 11 | 11/7/2023 | AP Paym: 10610 Delta Dental of | CD | 944 | 1 | | | 2,002.18 | 14,643.83 |
| 11 | 11/7/2023 | AP Paym: 10611 Epicor Software | CD | 945 | 1 | | | 2,528.32 | 12,115.51 |
| 11 | 11/7/2023 | AP Paym: 10613 FedEx | CD | 946 | 1 | | | 112.27 | 12,003.24 |

Sisson Engineering Corp.
General Ledger Account Summary

Date: 11/9/2023
Time: 9:27:01 AM

Document    Page 63 of 75

*Detailed Postings For Fiscal Year 2023 Period 8 - 11 / Ending ( 11/30/2023 )*

*Grouping: Detail Account  Book: MainBook Currency: US Dollar*

| Period | Date | Description | Journal | Line | Opening Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 11 | 11/7/2023 | AP Paym: 10614 Gulf Universal Fleet | CD | 947 | 1 | | 885.59 | 11,117.65 |
| 11 | 11/7/2023 | AP Paym: 10615 Lackey Precision | CD | 948 | 1 | | 2,647.00 | 8,470.65 |
| 11 | 11/7/2023 | AP Paym: 10616 National Grid | CD | 949 | 1 | | 4,816.00 | 3,654.65 |
| 11 | 11/7/2023 | AP Paym: 10618 Spectrum Business | CD | 950 | 1 | | 107.98 | 3,546.67 |
| 11 | 11/7/2023 | AP Paym: 10619 Sunoco Card | CD | 951 | 1 | | 224.20 | 3,322.47 |
| 11 | 11/7/2023 | AP Paym: 10620 Waste Management | CD | 952 | 1 | | 709.17 | 2,613.30 |
| 11 | 11/7/2023 | AP Paym: 50318 South Mountain Lawn | CD | 954 | 1 | | 10,267.43 | -7,654.13 |
| 11 | 11/7/2023 | AP Paym: 50319 Tommy Savage | CD | 955 | 1 | | 135.00 | -7,789.13 |
| 11 | 11/7/2023 | AP Paym: 50320 TRC Precision | CD | 956 | 1 | | 928.85 | -8,717.98 |
| 11 | 11/7/2023 | AP Paym: 10621 Lackey Precision | CD | 962 | 1 | | 1,670.00 | -10,387.98 |
| 11 | 11/7/2023 | AP Paym: 10622 Aflac | CD | 964 | 1 | | 2,398.95 | -12,786.93 |
| 11 | 11/7/2023 | AR CR: 1-284124 Cirtronics | CR | 387 | 1 | 4,712.67 | | -8,074.26 |
| 11 | 11/7/2023 | C Sisson Payment For Blue Tundra | GL | 897 | 1 | 23,000.00 | | 14,925.74 |
| 11 | 11/7/2023 | C Sisson Payment for Black Tundra | GL | 898 | 1 | 22,000.00 | | 36,925.74 |
| 11 | 11/7/2023 | transfer from Cambridge to GSB | GL | 899 | 2 | | 16,500.00 | 20,425.74 |
| 11 | 11/7/2023 | Legal Fees to MaDoff & Khoury LLP | GL | 900 | 2 | | 26,738.00 | -6,312.26 |
| 11 | 11/9/2023 | AR CR: 4900520549 General | CR | 389 | 1 | 4,222.26 | | -2,090.00 |
| | | | | 1005-00 | 50,527.42 | 851,314.52 | 903,931.94 | -2,090.00 |

| | Report Total | 41,198.60 | 1,589,178.62 | 1,629,703.18 | 674.04 |
|---|---|---|---|---|---|

**** End of Report ****

Payments to Insiders - Last 12 Months

Payroll

| Cassie | Payroll | $33,343.50 |
| Cody | Payroll | $38,812.50 |

| Interest payments to trust last 12 months | $77,600.00 |

| Rent to Freeborn | $144,050.00 |

# United States Bankruptcy Court
## District of Massachusetts

In re   **Sisson Engineering Corp.**                                     Case No.

_____                                 Chapter   **11**
                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cody F. Sisson**<br>**330 Old Wendell Road**<br>**Northfield, MA 01360** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **November 14, 2023**                    Signature   **/s/ Cody F. Sisson**

                                                            **Cody F. Sisson**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Massachusetts

In re  **Sisson Engineering Corp.**                                    Case No. _____

                                        Debtor(s)      Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 14, 2023**              **/s/ Cody F. Sisson**
                                **Cody F. Sisson**/
                                Signer/Title

A&A Coatings
2700 South Clinton Avenue
South Plainfield, NJ 07080

Aalberts Surface Technologies
36 Cote Avenue
Goffstown, NH 03045

Absolute Metal Finishing
90 Morse Street
Norwood, MA 02062

Admiral Metals Service Center Inc.
PO Box 11545
Boston, MA 02211

AFLAC
PO Box 74677
1932 Wynnton Road
Atlanta, GA 30374

AIM Mutual
54 Third Avenue
PO Box 4070
Burlington, MA 01803

Airgas East, Inc.
PO Box 734445
Chicago, IL 60673

AllyHealth
24 N Bryn Mawr Avenue #301
Bryn Mawr, PA 19010

Aotco Metal Finishing Co.
11 Suburban Park Drive
Billerica, MA 01821

B&B Manufacturing
712 N Fall Road
La Porte, IN 46350

B.C.S. Co.
PO Box 247
Thompson, CT 06277

Banterra Bank
PO Box 310
Marion, IL 62959

Bisoo Industries
PO Box 062
Anaheim, CA 92817

BlueCross BlueShield of Massachusetts
PO Box 371318
Pittsburgh, PA 15250

Bodycote Thermal Processing, Inc.
187 Water Street
Laconia, NH 03246

Bulkley, Richardson and Gelinas, LLP
Attn: Jeffrey E. Poindexter, Esq.
1500 Main Street, Ste. 2700
P.O. Box 15507
Springfield, MA 01115-5507

Butler Bros.
PO Box 1375
Lewiston, ME 04240

Cambridge Trust Company
1336 Massachusetts Ave
Cambridge, MA 02138

Cambridge Trust Company
c/o Rhonda Duddy
Perkins & Anctil, PC
6 Lyberty Way, Suite 201
Westford, MA 01886

Capital One
PO Box 71083
Charlotte, NC 28272

Cody Construction
330 Old Wendell Road
Northfield, MA 01360

Cody F. Sisson
330 Old Wendell Road
Northfield, MA 01360

Cody Sisson
330 Old Wendell Road
Northfield, MA 01360

Commerce Insurance
11 Gore Road
Webster, MA 01570

Complete Benefit Solutions
One Carando Drive, Suite 1
Springfield, MA 01104

Complete Payroll Solutions
1 Carando Drive
Springfield, MA 01104

Cutting Edge Carbide
438 Wallingford Avenue
Athol, MA 01331

DB Roberts Inc.
PO Box 370018
Boston, MA 02241

Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275

Dell Financial Services
Payment Processing Service
P.O. Box 5275
Carol Stream, IL 60197

Delta Dental of Massachusetts
PO Box 415566
Boston, MA 02241

Epicor Software Corporation
P.O. Box 204768
Dallas, TX 75320-4768

EZDriveMA
Payment Processing Center
PO Box 847840
Boston, MA 02284

F.M. Callahan and Son Inc.
22 Sharon Street
Malden, MA 02148

Freeborn LLC
330 Old Wendell Road
Northfield, MA 01360

Get Set Marketing
PO Box 51063
Palmer, MA 01069

Greene Rubber Co.
20 Cross Street
Woburn, MA 01801

Greenfield Savings Bank
400 Main Street
Greenfield, MA 01302

Greenfield Savings Bank
c/o Gary C. Breton, ESq.
Bacon Wilson, PC
33 State Street
Springfield, MA 01103

Hadco Metal Trading Co., LLC
PO Box 788587
Philadelphia, PA 19178

Har-Conn Chrome Company
603 New Park Avenue
West Hartford, CT 06110

Hawk Ridge Systems, LLC
575 Clyde Avenue
Mountain View, CA 94043

Holts Precision
400 Chapel Road, Unit 3A
South Windsor, CT 06074

Industrial Tool Supply
48 Newhall Street
Lowell, MA 01852

Ingus Inc
PO Box 14349
East Providence, RI 02914

International Laser Solutions Inc.
362 Race Street
Holyoke, MA 01040

Jeanne Sisson 2016 Trust
330 Old Wendell Road
Northfield, MA 01360

JEL Finishing
25 Katrina Road
Chelmsford, MA 01824

Joining Technologies
17 Connecticut South Drive
East Granby, CT 06026

L.F. Oleary Co., Inc.
775 Pleasant Street, Suite 13
East Weymouth, MA 02189

Lawrence Septic
91 Linwood Street
Gardner, MA 01440

McMaster-Carr Supply Co., Inc.
PO Box 7690
Chicago, IL 60680

Mohawk Office Equipment Co., Inc.
35 Bank Row
Greenfield, MA 01301

MSC Inudstrial Supply Co., Inc.
PO Box 953635
Saint Louis, MO 63195

National Grid
PO Box 11737
Newark, NJ 07101

New England Castings, LLC
234 Northeast Road, Suite 2
Standish, ME 04084

New Jersey Precision Technologies, Inc.
1081 Bristol Road
Mountainside, NJ 07092

One America
5761 Reliable Parkway
Chicago, IL 60686

Osterman Propone
1870 S Winton Road, Suite 200
Rochester, NY

Penn Stainless Products, Inc.
190 Kelly Road
Quakertown, PA 18951

Pennsylvania Steel Company, Inc.
332 Great Hill Road
Naugatuck, CT 06770

Peterson Steel Co.
61 West Mountani Street
Worcester, MA 01606

PIAD Precision Casting Corp.
112 Industrial Park Road
Greensburg, PA 15601

PIC Design
PO Box 1004
Middlebury, CT 06762

Plimpton Tool Co., Inc. of NH
44 Dover Point Road
Dover, NH 03820

Precision Coating Company, Inc.
1 Schorr Court
Woonsocket, RI 02895

PTI Industries, Inc.
PO Box 392202
Pittsburgh, PA 15251

Purecoat North LLC
PO Box 4406
West Palm Beach, FL 33402

R&L Carriers
PO Box 10020
Port William, OH 45164

RA Hall & Co, LLC
183 State Street
Boston, MA 02109

RESH, Inc.
25 Kenwood Circle, #2
Franklin, MA 02038

Rion Vaughan
Ruberto, Israel & Weiner
255 State Street
Boston, MA 02109

Rolled Alloys, Inc.
PO Box 67000
Detroit, MI 48267

Saturn Ceramic Coating
7205 19 Mile Road
Sterling Heights, MI 48314

Small Business Administration
409 3rd Street S.W.
Washington, DC 20416

Staples Account
PO Box 70242
Philadelphia, PA 19176

Staples Credit Plan
PO Box 78004
Phoenix, AZ 85062

Stock Drive Products
250 Duffy Avenue
Hicksville, NY 11801

SurfacePrep Northeast
PO Box 361128
Indianapolis, IN 46236

Swiss Ace Manufacturing, Inc.
36 School Street
Leominster, MA 01453

TD Auto Finance
PO Box 10635
Lewiston, ME 04243

The Sousa Corp.
565 Cedar Street
Newington, CT 06111

Thyssenkrupp Materials NA
PO Box 7247
Philadelphia, PA 19170

Titanium Metal Supply, Inc.
12215 Kirkham Road, Suite 300
Poway, CA 92064

Town of Orange
6 Prospoect Street
Orange, MA 01364

Toyota Industries Commercial Finance
PO Box 9050
Coppell, TX 75019

Trident Machine Tools, Inc.
NW 7968-04
PO Box 1450
Minneapolis, MN 55485

Uline
P.O. Box 88741
Chicago, IL 60680

UniFirst
PO Box 650481
Dallas, TX 75265

UPS
PO Box 7247-0244
Philadelphia, PA 19170

US Small Business Administration
c/o Granite State Economic Development C
PO Box 1491
Portsmouth, NH 03801

US Small Business Administration
c/o New England Certified Development
500 Edgewater Drive, Suite 555
Wakefield, MA 01880

US Small Business Administration
Massachusetts District Office
O'Neill Federal Building
10 Causeway Street, Room 265
Boston, MA 02222

Valiant Capital
1819 Saint James Place, 2nd Floor
Houston, TX 77056

Valley Plating, Inc.
412 Albany Street
Springfield, MA 01105

Visimark, Inc.
14 East Worcester Street, 3rd Floor
Suite 130
Worcester, MA 01604

Waste Management
PO Box 13648
Philadelphia, PA 19101

Westfield Electroplating Co., Inc.
PO Box 298
Westfield, MA 01086

Worcester Elevator Co., Inc.
4 Southbridge Street
Auburn, MA 01501

Yamazen, Inc.
111 Northwest Point Blvd.
Elk Grove Village, IL 60007

Yarde Metals, Inc.
PO Box 781227
Philadelphia, PA 19178

# United States Bankruptcy Court
### District of Massachusetts

In re   **Sisson Engineering Corp.** _____

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sisson Engineering Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 14, 2023** _____

Date

**/s/ David B. Madoff** _____

**David B. Madoff 552968**

Signature of Attorney or Litigant

Counsel for   **Sisson Engineering Corp.** _____

**Madoff & Khoury LLP**

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**